UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOAH SAEEDY, VISHAL SHAH, TINA WILKINSON, and M.C., a minor, by and through his natural parent and legal guardian, Moses Chatmann III, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

MICROSOFT CORPORATION, a Washington corporation,

Defendant.

Case No. 2:24-cv-00219

**DECLARATION OF SUZANNE FOGARTY IN SUPPORT OF MICROSOFT'S MOTION TO COMPEL ARBITRATION**

I, Suzanne Fogarty, declare as follows:

1. ***Qualifications of Declarant***. I am a Senior Product Manager of the Identity and Network Access division within Microsoft Ireland Research. I have worked at Microsoft since 1998. In my role, I am familiar with the system and process through which Microsoft users sign into their Microsoft accounts and accept the Microsoft Services Agreement. I make this declaration based on my personal knowledge and experience, discussions with appropriate personnel within Microsoft, and Microsoft's records kept in the ordinary course of business. Except where otherwise stated, I have personal knowledge of the following facts. I am over the age of eighteen and am competent to testify as to the matters set forth below.

2. ***Microsoft Account***. A Microsoft account is a free personal account used to access Microsoft devices, products, and services for consumers with the option of purchasing



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

subscriptions to additional services. One of the benefits of having a Microsoft account is having a single set of credentials to sign into and manage experiences across a wide range of consumer devices, products, and services Microsoft offers. A Microsoft account is a service Microsoft provides to consumers and is distinct from business services such as accounts provided for a workplace or school.

3. ***Creating a Microsoft Account***. To create a Microsoft account, a prospective user may use a personal email address, including email addresses from third-party email providers (such as Gmail), to register. After typing in the desired email address and password, the prospective user must accept and agree to the Microsoft Services Agreement ("**MSA**") then in effect before they can create and use a Microsoft account. All Microsoft account holders, therefore, must affirmatively agree to the then-current MSA to successfully create a Microsoft account. Below is a screenshot from the Microsoft account creation process after the user is prompted to provide an email address, password, and date of birth:






Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4. As shown above, to complete the process of creating a Microsoft account, a prospective user must click on the "Next" button directly above the notice indicating "Choosing **Next** means that you agree to the Microsoft Services Agreement and privacy and cookies statement." The phrases in blue contain hyperlinks that, when clicked, direct the user to a copy of the referenced MSA and privacy and cookies statement. A prospective user ***cannot*** create, access, or use a Microsoft account ***unless and until*** they affirmatively accept the MSA by clicking "Next."

5. Since no later than October 2012, the Microsoft account creation process has been materially the same in requiring any prospective user to accept and agree to the hyperlinked MSA then in effect before he can create and use a Microsoft account. (Previously, the "Next" button in this sign-up flow was labeled "I Agree," but the steps have otherwise not changed.) Just as now, a prospective user could not have created, accessed, or used a Microsoft account unless and until the user affirmatively accepted the MSA during the account creation process.

6. ***MSA***. The MSA governs use of Microsoft consumer products and services, including the use of a Microsoft account, among many other Microsoft products and services. The MSA is usually updated every 12-18 months on average. I attach as **Exhibit A** a true and correct copy of the current version of the MSA, which was updated effective September 30, 2023. I attach as **Exhibit B** a true and correct copy of the preceding versions of the MSA in effect between December 2013 to September 29, 2023.

7. ***MSA Updates***. Microsoft updates and revises the MSA over time, and it has processes in place to notify users who agreed to an earlier version of the MSA of updates to the MSA. (Each version of the MSA provides that a user accepts the updated MSA by continuing to use "Covered Services" after being notified of a change to the MSA.) When Microsoft updates the MSA, it provides notice of the update through emails and pop-up notices (known as "interrupt" notices).

a. **Email notice**. An email notice notifies users of the new MSA going into effect and includes a link to the new version of the MSA. For the most recent



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

MSA update in September 2023, Microsoft sent out notice emails between August 2, 2023, and September 15, 2023. I attach as **Exhibit C** a true and correct copy of the notice emails sent out about the September 2023 MSA update.

b. **Interrupt notice**. An interrupt notice appears when the user logs into a Microsoft service while an interrupt notice is active. The interrupt notice pops up on the user's screen stating that Microsoft has updated its MSA and provides a link to the full text of the MSA, labeled "Learn More." To dismiss the interrupt notice and proceed with use of the Microsoft product or service, the Microsoft account holder must click on a button acknowledging the notice. I attach as **Exhibit D** a true and correct copy of the 2022 "interrupt notice" as it would appear on a user's screen.

8. ***Plaintiffs' Microsoft Accounts***. I understand that records created and kept in the ordinary course of Microsoft's business identified the following three Microsoft accounts corresponding with the email addresses provided by Plaintiffs' counsel for each Plaintiff. The email addresses and full name of Plaintiff M.C. have been partially redacted below to preserve confidentiality.

a. **Plaintiff Saeedy**: I am informed that Plaintiff Saeedy uses the personal email address n********y@gmail.com. According to Microsoft's records, Plaintiff Saeedy used this email address to create a Microsoft account and agreed to the then-governing MSA on April 13, 2015, at 6:37:40 PM UTC. This account remains an open Microsoft account. In addition to accepting the MSA when Plaintiff Saeedy created this Microsoft account, records show that Plaintiff Saeedy also acknowledged the terms of the then-governing MSA on September 28, 2022, at 11:22:13 PM UTC, by clicking on the "interrupt notice" notifying him of an MSA update. On August 21, 2023, at 10:14:57



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

PM UTC, Microsoft sent Plaintiff Saeedy the 2023 MSA update notice to his registered email address.

b. **Plaintiff Wilkinson**: I am informed that Plaintiff Wilkinson uses the personal email address e************8@gmail.com. According to Microsoft's records, Plaintiff Wilkinson used this email address to create a Microsoft account and agreed to the then-governing MSA on December 26, 2013, at 7:49:44 PM UTC. This account remains an open Microsoft account. In addition to accepting the MSA when she created this Microsoft account, records show that Plaintiff Wilkinson also acknowledged the terms of the then-governing MSA on October 1, 2022, at 10:06:19 AM UTC, by clicking on the "interrupt notice" notifying her of an MSA update. On August 31, 2023, at 1:30:43 AM UTC, Microsoft sent Plaintiff Wilkinson the 2023 MSA update notice to her registered email address.

c. **Plaintiff Shah**: I am informed that Plaintiff Shah uses the personal email address V***********2@gmail.com. According to Microsoft's records, Plaintiff Shah used this email address to create a Microsoft account and agreed to the then-governing MSA on November 9, 2016, at 7:12:32 AM UTC. This account remains an open Microsoft account. Microsoft's existing records do not show Plaintiff Shah clicking on an interrupt notice or receiving the 2023 MSA update notice by email.

9. I understand that Microsoft's records show that Microsoft has not received from any of the Plaintiffs written notice to reject changes to the arbitration agreement contained in Paragraph 15(f) of the current MSA.

10. Since approximately October 2012, the MSA has remained publicly accessible on Microsoft's website at https://www.microsoft.com/en-us/servicesagreement.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Dublin, Ireland on February 22, 2024.

DocuSigned by:

B18115B3A87D4C2...

Suzanne Fogarty



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax