The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOAH SAEEDY, VISHAL SHAH, TINA WILKINSON, and M.S., individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | No. 2:24-cv-00219-SKV<br><br>DECLARATION OF XIANG LI IN SUPPORT OF MICROSOFT'S MOTION TO COMPEL ARBITRATION AND STAY CASE |

I, Xiang Li, declare as follows:

1. I am an attorney at Davis Wright Tremaine LLP, and one of the attorneys representing Microsoft Corporation in this case. I make this declaration based on my personal knowledge of the information described below. I am over the age of eighteen and am competent to testify as to the matters set forth below.

2. I attach to this declaration as **Exhibit A** a true and correct copy of screenshots of the "Get to Know Microsoft Edge" webpage located at https://www.microsoft.com/en-us/edge?ep=313&form=MA13M0&es=40 and captured on February 13, 2024.

3. I attach to this declaration as **Exhibit B** a true and correct copy of an email thread (with attachment) dated August 11, 2023, to August 30, 2023, sent between Plaintiffs' counsel



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

and my colleague Jaime Drozd. The attachment to the most recent email in the email thread has been partially redacted to preserve confidentiality.

4. I attach to this declaration as **Exhibit C** a true and correct copy of an email thread dated August 11, 2023, to February 7, 2024, sent between Plaintiffs' counsel and my colleague Jaime Drozd. As shown in the email exchange, despite Microsoft's repeated requests, its explanation that this information is important to early resolution of arbitration issues in this case, and promise to treat the information confidentially, Plaintiffs' counsel refused to provide the email address Plaintiff M.C. used to create and access his Microsoft account.

5. I attach to this declaration as **Exhibit D** a true and correct copy of Microsoft's Privacy Statement located at https://privacy.microsoft.com/en-us/privacystatement and captured on February 13, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 23rd day of February, 2024, at Shoreline, Washington.

*s/ Xiang Li*
Xiang Li, WSBA #52306



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax