The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOAH SAEEDY, VISHAL SHAH, TINA WILKINSON, and M.C., a minor, by and through his natural parent and legal guardian, Moses Chatmann III, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

MICROSOFT CORPORATION, a Washington corporation,

Defendant.

Case No. 2:24-cv-00219-SKV

**VERIFICATION OF STATE COURT RECORDS**

I am counsel for Defendant Microsoft Corporation. I verify that attached as Exhibit A are true and correct copies of all pleadings and other papers filed in the King County Superior Court action (filed as Case No. 24-2-01791-7 SEA).

DATED this 23rd day of February, 2024.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Microsoft Corporation

By: *s/Fred B. Burnside*
Stephen M. Rummage, WSBA #11168
Fred B. Burnside, WSBA #32491
Jaime Drozd, WSBA #35742
Xiang Li, WSBA #52306
Caleah Whitten, WSBA #60209



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
E-mail: steverummage@dwt.com
fredburnside@dwt.com
jaimedrozd@dwt.com
xiangli@dwt.com
caleahwhitten@dwt.com

James Moon, *pro hac vice* forthcoming
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
E-mail: jamesmoon@dwt.com