UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOAH SAEEDY, et al., | |
| Plaintiffs, | Case No. C24-0219-SKV |
| v. | MINUTE ORDER |
| MICROSOFT CORPORATION, | |
| Defendant. | |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Microsoft's Motion to Compel Arbitration and Stay Case, Dkt. 6, is herein RENOTED for consideration on **July 19, 2024**. Any opposition papers shall be filed and received by the moving party no later than **July 12, 2024**, and any reply papers shall be filed and received by the opposing party no later than **July 19, 2024**.

Dated this 14th day of June, 2024.

Ravi Subramanian
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 1