Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOAH SAEEDY, VISHAL SHAH, TINA WILKINSON, and M.C., a minor, by and through his natural parent and legal guardian, Moses Chatmann III, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No. 2:24-cv-00219 SKV<br><br>DECLARATION OF YANA HART IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY CASE |

I, Yana Hart, declare as follows:

1. I am a Partner at Clarkson Law Firm, P.C. and counsel of record for Plaintiffs Noah Saeedy, Vishal Shah, Tina Wilkinson, and M.C., a minor ("**Plaintiffs**"). I am licensed to practice in all state courts in the State of California. I am a member in good standing of the State Bar of California. I was admitted via Pro Hac Vice to this matter on February 29, 2024. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently. I make this declaration based on personal knowledge, and in support of Plaintiffs' Opposition to Defendant Microsoft Corporation's ("**Defendant**") Motion to Compel Arbitration and Stay Case ("**Motion**"). Dkt. 6.



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

2. On August 30, 2023, my partner, Glenn Danas, Counsel of Record for Plaintiffs, emailed Counsel for Microsoft with the email addresses and user IDs of Noah Saeedy, Vishal Shah, and Tina Wilkinson. Accordingly, Microsoft has had these Plaintiffs' information, which was used to create their respective Microsoft accounts, since August 30, 2023.

3. Microsoft states the steps in the Microsoft account creation process have not changed. Fogarty ¶ 5.

4. In an attempt to recreate the process of sign up, on July 11, 2024, I attempted to sign up for an account with Microsoft, which goes as follows:

5. The users are first prompted to type in an email:

*Figure 1*






SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

6. Once an email is entered, I used my keyboard and pressed the "Enter" key, which moved to the next phase of the account creation process, requesting a password. Although the Fogarty Declaration indicates that this step of the process includes a statement in small font that "Choosing Next means that you agree to the Microsoft Services Agreement and privacy and cookies statement[,]" which contains hyperlinks that, when clicked, direct the user to a copy of the referenced MSA and privacy and cookies statement, such a statement does not appear as of July 11, 2024.[1]

*Figure 2*




[1] However, I also went through the process of sign-up for Microsoft Account earlier this year. The sign-up process was similar, where on the first screen there were no references to any terms or privacy statements, but the second screen, where a user is asked for a password, depicted a reference to an MSA and a privacy statement in a smaller font appeared in the manner displayed in the Declaration of Suzanne Fogarty. Fogarty Decl., ¶¶ 3, 5. It appears that since the submission of Fogarty's Declaration, Microsoft moved its disclosures from the password screen to the last step of the process. Importantly, earlier this year and presently, a user was/is not required to click "Next" to move to the next step of the process and can simply press enter. Presently, it appears that the inconspicuous references to the MSA and privacy statement appear at the end of the process, when a user is requested to verify their email, as opposed to where a user is asked to provide password.



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

7. Assuming the statement with the hyperlinks referenced in the Fogarty Declaration appeared (as it did in the past, *see* fn. 1), the disclosures could be blocked by the Microsoft-self generated password suggestion, when a mouse is hovered over "create password" line, where users are required to click to enter a password. As a result, a user might not see the references to the MSA or privacy statement while the generated password suggestion appears:

*Figure 3*






SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

8. Importantly, when a user enters a password (accepts the password generated suggestion or inputs the password) and presses "Enter" on his or her keyboard (submitting the password), they are immediately directed to the next screen. As such, users have little time to view the disclosures depicted within the Fogarty Declaration at ¶ 3. Users are also not required to press the "Next" button to agree to the terms and conditions.[2] Notably, as mentioned in fn. 1, I have attempted to recreate the process of account creation earlier this year (before Microsoft's inconspicuous references to MSA/Privacy Policy were moved to the last screen from the second screen), and if I pressed "Enter," I was moved to the next screen without clicking on the blue "Next" button.

9. The next phase of the account creation process requests a full name:

*Figure 4*




[2] This is true for the process that existed previously, earlier this year, where the references to MSA and privacy policy were shown right above the "Next" button.



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

10. Once a full name is entered, I used my keyboard and pressed the "Enter" key, which moved to the next phase of the account creation process, requesting a birthdate:

*Figure 5*






SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

11. Once a birthdate is entered, I used my keyboard and pressed the "Enter" key on my keyboard, which moved to the next phase of the account creation process, requesting a code. This is the only page, as of July 11, 2024, on which the terms are referenced in an inconspicuous manner, below after more prominent text. However, according to Microsoft, the references to the MSA and the privacy statement previously did not appear on this screen, and instead appeared only on the second screen. *See* Fogarty Dec., ¶ 3. This is the last screen in the account creation process. Again, earlier this year when I attempted to re-create this process, this screen did **not** contain the statement "Choosing **Next** means you agree to the [MSA] and [Privacy Statement]." Again, if a user presses "Enter" after inputting the code to verify his email address, he would be able to create the account without pressing or choosing the "Next" button.

*Figure 6*






SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

12. The entire process of account creation is quick, and users move from screen to screen within seconds.

13. Attached to my declaration as **Exhibit A** is a true and correct copy of Microsoft's Change History for Microsoft Privacy Statement located at https://privacy.microsoft.com/en-US/updates and captured on July 10, 2024.

14. Attached to my declaration as **Exhibit B** is a true and correct copy of a previous version of the Edge Terms accessible at edge://terms when using the Edge Browser and captured on April 5, 2024.

15. Attached to my declaration as **Exhibit C** is a true and correct copy of the current Edge Terms accessible at edge://terms when using the Edge Browser and captured on July 10, 2024.

16. Attached to my declaration as **Exhibit D** is a true and correct copy of Microsoft's Arbitration Agreement that is hyperlinked in the Edge Terms (specifically, Exhibit C), located at http://aka.ms/arb-agreement-1 and captured on July 11, 2024.

17. I have reviewed the Microsoft Services Agreement, specifically, Exhibit A to the Declaration of Suzanne Fogarty in support of Microsoft's Motion and have confirmed that the hyperlink to the Privacy Statement is the same as the hyperlinks to the Privacy Statements in the Edge Terms attached to this declaration as **Exhibit B** and **Exhibit C**.

18. As shown below, neither version of the Edge Terms attached hereto as Exhibit B and Exhibit C includes an Arbitration Agreement as to "Microsoft Edge For Windows Devices:"



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

*Figure 7* (Exhibit B)

4/5/24, 5:58 PM Microsoft Standard Application License Terms - Standalone (free) Use Terms

MICROSOFT SOFTWARE LICENSE TERMS

MICROSOFT EDGE

After installation, these terms are also viewable in Microsoft Edge at edge://terms.

These license terms are an agreement between you and Microsoft Corporation (or one of its affiliates). They apply to this software published by Microsoft and any software updates ("Software") (except to the extent such Software or updates are accompanied by new or additional terms, in which case those different terms apply prospectively and do not alter your or Microsoft's rights relating to pre-updated Software ). IF YOU COMPLY WITH THESE LICENSE TERMS, YOU HAVE THE RIGHTS BELOW. BY DOWNLOADING OR USING THE SOFTWARE, YOU ACCEPT THESE TERMS. IF YOU DO NOT ACCEPT THEM, YOU HAVE NO RIGHT TO AND MUST NOT DOWNLOAD OR USE THE SOFTWARE.

**1. MICROSOFT EDGE FOR WINDOWS DEVICES**

**1.1. Windows License Terms**. Your installation and use of the Software on any Windows platform shall be governed by the license terms for your Microsoft Windows Operating System software ("Windows License Terms") on which you are using the Software, and those terms are incorporated by reference. If the Software is downloaded from Microsoft and labeled preview, insider, beta or pre-release, or is otherwise indicated as not being a final retail version of the Software, the applicable terms in Section 1.2 also apply to your use of the Software. Section 1.3 applies to your use of other services that may be made available for use through your use of the Software.

**1.1.1. Updates**. Notwithstanding above Section 1.1 as applied to Windows 7, 8, and 8.1, the terms of the applicable Windows License Terms, or any Windows update settings you have configured, the Software periodically checks for updates, and downloads and installs them for you. You may obtain updates only from Microsoft or authorized sources, and Microsoft may need to update your system to provide you with those updates. By accepting this agreement, you agree to receive these types of automatic updates without any additional notice.

**1.2. Previews**. Microsoft may make preview, insider, beta or other pre-release versions of the Software ("Previews") available to you. You may use Previews only up to the Software's expiration date (if any) and so long as you comply with the applicable Windows License Terms. Previews are experimental, which means that Previews may not operate correctly and may be substantially different from the commercially released version. In some instances, Previews may even inadvertently damage your device rendering it inoperable or cause occasional crashes, data loss or apps to stop working or be deleted. To recover, you may have to reinstall your apps, the operating system or re-flash your device. In some instances, you may not be able to go back to your prior version of the Software. Because Previews may contain more errors or inaccuracies, you should back-up your device before installing any Previews. We recommend installing Previews on non-production devices that are not business critical because you are more likely to experience crashes, setting and policy changes, loss of data or apps, feature and functionality changes, cause other apps to stop working, be updated, or removed from your device automatically without notice and other potential issues. We highly recommend that you do not install the Previews on any systems you don't directly control or that you share with others. Notwithstanding anything to the contrary in this agreement, Previews are nontransferable and provided "AS IS." By installing Previews on your device, you may void or impact your device warranty and may not be entitled to support from the manufacturer of your device or network operator, if applicable. Microsoft may not provide support services for Previews. If you provide Microsoft comments, suggestions or other feedback about the Preview ("Submission"), you grant Microsoft and its partners rights to use the Submission in any way and for any purpose. You will not give a Submission that is subject to a license that requires Microsoft to license its Software or documentation to third parties because Microsoft includes your Submission in them. These rights survive this agreement. Microsoft may change or discontinue the

edge://terms 1/6



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

*Figure 7.1* (Exhibit B)

4/5/24, 5:58 PM Microsoft Standard Application License Terms - Standalone (free) Use Terms

Previews, or terminate your access to the Previews, at any time without notice and for any reason whatsoever. You may stop using the Previews at any time by un-installing and deleting all copies of any Previews.

1.2.1. **Data Collection for Previews.** Previews may not have included, reduced, or different security, privacy, accessibility, availability and relatability standards relative to commercially provided services and software. For Previews covered under Section 1.2, privacy and feature settings may not work as intended, and the Previews may not work with other Windows privacy settings, including the diagnostic data settings for Windows 10 / Windows 11. Data collected from your use of the Previews, including diagnostic, technical, error reports, crash dumps and other related data from your devices running Previews may be used, stored, processed and analyzed to keep Windows and the Previews up to date, secure, and operating properly. It also helps us improve Microsoft products and services and may be used for any other purpose described in the Microsoft Privacy Statement. If you disable data collection through controls available in the Previews, we may continue to collect diagnostic information about the download, the installation and removal of the Previews and "basic" data as described in the Windows Diagnostics section of the Microsoft Privacy Statement. The **Microsoft Privacy Statement** ( https://go.microsoft.com/fwlink/?LinkId=521839 ), and this paragraph, applies to Previews under Section 1.2.

1.3. **Other Services**. The Software may include features that provide an access point to, or rely on, other services, websites, links, content, material, integrations or applications, including as provided by independent third parties ("Other Services"). Your use of Other Services or of Software features that rely on Other Services may be governed by separate terms and subject to separate privacy policies. You can view these separate terms and policies through the Other Services' websites or settings, as applicable. The Other Services may not be available in all regions. You may not use tokens the Software uses to call into a Microsoft Azure service separate from the Software.

**2. MICROSOFT EDGE FOR NON-WINDOWS DEVICES**

**IF YOU LIVE IN (OR ARE A BUSINESS WITH A PRINCIPAL PLACE OF BUSINESS IN) THE UNITED STATES, PLEASE READ THE "BINDING ARBITRATION AND CLASS ACTION WAIVER" SECTION 2.14 BELOW. IT AFFECTS HOW DISPUTES ARE RESOLVED.**



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

*Figure 8* (Exhibit C)

**Last updated June 2024**

**MICROSOFT SOFTWARE LICENSE TERMS**

**MICROSOFT EDGE**

After installation, these terms are also viewable in Microsoft Edge at edge://terms.

**IF YOU LIVE IN (OR ARE A BUSINESS WITH A PRINCIPAL PLACE OF BUSINESS IN) THE UNITED STATES, PLEASE READ THE "BINDING ARBITRATION AND CLASS ACTION WAIVER" SECTION 2.14 BELOW. IT AFFECTS HOW DISPUTES ARE RESOLVED.**

This is a license agreement between you and Microsoft Corporation (or one of its affiliates) that describes your rights, obligations, and the conditions upon which you may use the software and any updates ("Software") (except to the extent updates are accompanied by new or additional terms, in which case those different terms apply prospectively and do not alter your or Microsoft's rights relating to pre-updated Software ). You should review the entire agreement, including any linked terms, because all of the terms are important and together create this agreement that applies to you.

**By accepting this agreement or downloading or using the Software, you agree to all of these terms and consent to the transmission of certain information during your use of the Software as per the privacy statement described in your Windows License Terms or in Section 2.7, below. If you do not accept and comply with these terms, you may not use the Software or its features.**

This agreement comprises two sections: Section 1 applies if you use the Software on any Windows platform; Windows platform; Section 2 applies if you use it on any non-Windows platform, including MacOS, iOS, Android, and Linux.

**1. MICROSOFT EDGE FOR WINDOWS DEVICES**

**1.1. Windows License Terms Apply**. Your Microsoft Software License Terms, Windows Operating System ("Windows License Terms") govern your use of this Software on any Windows platform and are part of this agreement. You can view the Windows License Terms by going to https://aka.ms/useterms or going to Settings - System - About within Windows.

**1.1.1. Updates**. The Software periodically checks for updates, and downloads and installs them for you. You may obtain updates only from Microsoft or authorized sources, and Microsoft may need to update your system to provide you with those updates. By accepting this agreement or using the Software, you agree to receive these types of automatic updates without any additional notice.

**1.2. Previews**. You may choose to use preview, insider, beta, or other pre-release versions of the Software ("Previews") that Microsoft may make available. You may use Previews only up to the Software's expiration date and so long as you comply with all the terms of this agreement. Previews are experimental and may be substantially different from the commercially released version. Notwithstanding anything to the contrary in your Windows License Terms, **Previews are provided "AS IS," and no warranty, implied or express (including the Limited Warranty), applies to these versions. By installing Previews on your device, you may void or impact your device warranty and may not be entitled to support from your device manufacturer or network operator, if applicable.** Microsoft is not responsible for any damage thereby caused to you. Microsoft may not provide support services for Previews. If you provide Microsoft comments, suggestions or other feedback about the Preview ("submission"), you grant Microsoft and its partners rights to use the submission in any way and for any purpose.

**1.2.1. Data Collection for Previews**. For Previews, privacy and feature settings may not work as intended, and the Previews may not work with other Windows privacy settings, including the diagnostic data settings for Windows 10 or Windows 11. Data collected from your use of the Previews, including diagnostic, technical, error reports, crash dumps and other related data from your devices running Previews, may be used, stored, processed and analyzed to keep Windows, this Software, and the Previews up to date, secure, and operating properly. It also helps us improve Microsoft products and services and may be used for any other purpose described in the Microsoft Privacy Statement. If you disable data collection through controls available in the Previews, we may continue to collect diagnostic information about the download, the installation and removal of the Previews and "basic" data as described in the Windows Diagnostics section of the Microsoft Privacy Statement at https://aka.ms/privacy .

**1.3. Other Services**. The Software may include apps or features that provide an access point to, or rely on, online services, and the use of those services is sometimes governed by separate terms and privacy policies, such as the Microsoft Services Agreement at https://aka.ms/msa . You can view these terms and policies by looking at the service's terms of use or the app's settings, as applicable. The services may not be available in all regions. You may not use tokens the Software uses to call into a Microsoft Azure service separate from the Software.

**2. MICROSOFT EDGE FOR NON-WINDOWS DEVICES**



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

19. As shown above, the Edge Terms "For Windows Devices" reference the "Windows License Terms," but do not include a hyperlink directly to those terms. Instead, the hyperlink entitled https://aka.ms.useterms takes users to a webpage prompting them to use a "search function to locate the license terms for software licensed to you by Microsoft . . . .":

*Figure 8*




I declare under the penalty of perjury, pursuant to the laws of the State of Washington and those of the United States of America that the foregoing is true and correct.

Executed on July 12, 2024, at Santa Monica, California.

By: ________________________



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# EXHIBIT A

***Saeedy, et al v Microsoft Corp.***
**USDC WDWA Case No. 2:24-cv-00219-SKV**

## DECLARATION OF YANA HART

# Change History for Microsoft Privacy Statement

Back to the privacy statement

## June 2024

- We created a new **Artificial Intelligence and Microsoft Copilot capabilities** section, to better describe our Copilot offerings, and moved our previous "Artificial Intelligence" section into this new section.
- We updated our **How we use personal data** section to clarify our use of data to conduct research.
- We clarified in our **Reasons we share personal data** section how we share data when necessary to protect the safety of our customers, organizations, and the public.
- We revised the **Collection of data from children** and the **Microsoft Family** sections to provide more detail about how child accounts are added to a parent's family group.
- The **Collection of data from Children** section was updated to clarify how Xbox-specific Family Safety settings apply and how data is used when a child uses Xbox.
- We modified our **Diagnostics** section under Windows to note when diagnostic data is collected and sent to Microsoft.
- We added a new **Cross-device experiences** section to describe how you can access your mobile device from your PC using your Microsoft account.
- We revised the **Web browsers — Microsoft Edge Legacy and Internet Explorer** section to better describe how you can access your data on all signed-in browsers on your devices, and how information is shared with your default search provider.
- We clarified what media content can be read by **Windows Media Player Legacy** when you use that service to play and access media.
- We revised the **Xbox** section to better describe how data is used to provide our services and curated experiences.

- Under **Microsoft Start**, we included information about how your location is used when you access the weather app.
- We removed references to services that will no longer be available or supported, such as Cortana, Spend, and sharing Windows location information with location services partners.

# April 2024

- We updated our **Skype** and **SwiftKey** sections to include additional information on the camera features of these services.
- We clarified what data we collect through your use of **SwiftKey**, and how you can control your personal data preferences through your SwiftKey account.
- We added additional information about how **Feedback Hub** determines which installed apps it can provide feedback on.
- We included a new **Get Help** section to describe Get Help's technical support function and the data used.
- We added the **Media Player** and the **Movies & TV** sections to the Windows apps section, and clarified how they use data to provide their experiences to you.
- We updated the name of Windows Media Player to **Windows Media Player Legacy**.
- We included information for individuals in Japan about the processing of information under local laws.

# March 2024

- We updated our **Microsoft 365, Office, and other productivity apps** section to include information about certain productivity apps, such as Whiteboard, To Do, and Sticky Notes. We also explain that certain applications may use your device capabilities, such as your microphone and camera, based on your Windows Privacy Settings.
- We revised our **Outlook** section to describe how certain features use device capabilities like your microphone or location.
- We added a new **Surface** section to describe how we collect and use diagnostic data from Surface devices and accessories, and the Surface application.
- We updated our **Windows** section to describe your ability to customize and manage various aspects of Windows through your **Windows Settings**.
- We updated the **Feedback Hub** description to clarify how it determines which products and apps it can provide feedback on, and how Feedback Hub uses certain HoloLens device resources when you choose to share audio, photos, or recordings as part of your feedback.
- We moved our descriptions of **Live Captions** and **Narrator** within our **Windows** section.
- We updated **Phone Link – Link to Windows** to give additional details on Phone Link's functions and how you can use it with both Android and iPhone devices.
- We clarified in the Windows **Sync and backup settings** section how you can delete data previously backed up to your Microsoft account.
- We made several updates and additions to the **Windows apps** portion of our **Windows** section to describe how some of our apps access and use various device capabilities and data, depending on the app and your use.
  - We added sections about the Clock App, Microsoft Journal, the Mobile Plans app, Microsoft PC Manager, the Snipping Tool, the Sound Recorder app, and Microsoft Clipchamp, and

describe how they use your information and/or device capabilities.
    - We similarly updated the Maps app, the Camera app, the Mail and Calendar app, and the Windows Operator Messages app (formerly Microsoft Messaging) sections.
- We included information in our **Xbox** section about how players can use their device's capabilities to improve their gaming experience, including through the Windows Game Bar.

# February 2024

- We updated our **Cookies and similar technologies** section to include an additional type of cookie used on our sites.
- We made updates to several sections of our Privacy Statement in regards to Artificial Intelligence and our Copilot capabilities, including **Copilot Pro, Copilot in Bing, and Copilot in Edge,** to better describe to you how Copilot functions in our services.
- We revised our **Windows activity history** section to clarify how active history data is stored and your controls over your active history data.

# October 2023

- We updated references to Azure Active Directory (AAD) to reflect its new name, **Microsoft Entra ID**.
- We revised our **Collection of data from children** and **Xbox** sections to clarify how Xbox collects and utilizes users' data, including diagnostic data and data for curated experiences.
- We updated our **Where we store and process personal data** section regarding where we may store and process personal data.
- We added new information about our responsibilities for onward transfers under the **EU-U.S., UK Extension, and Swiss-U.S. Data Privacy Frameworks**.
- We included information about Microsoft Ireland Operations Limited's Swiss representative, and updated the contact information for the Microsoft Data Protection Officer in Canada, in the **How to contact us** section.
- We modified the **Microsoft Teams** section to explain that information may be shared with our enterprise customers when you use Microsoft Teams to interact with a customer's end users who are using their school or work account.
- We made changes to the **Phone Link – Link to Windows** section to provide further information about how the Phone Link service operates and functions.

# August 2023

- We made updates throughout the Privacy Statement and added a new **Artificial Intelligence** section to enhance our disclosures around our development and use of Artificial Intelligence ("AI").
- We updated the **Bing** section to provide you information on Bing Chat, an AI-enhanced web search functionality, including how you can view and manage your Recent activity with Bing Chat.
- We supplemented the **Reasons we share personal data** section to explain how we may share receipts of purchases from Microsoft with Microsoft account holders who use the same payment method.

- We made changes to our **Collection of data from children** section to clarify when we will seek parental or guardian consent to collect their child's information.
- We revised the **Microsoft Edge** section to refine how you can control sharing your Microsoft Edge browsing activity, including when using Bing Chat.
- The **Security and Safety Features** section was updated to further explain how Microsoft Defender SmartScreen may use information to identify security threats related to suspicious websites or apps.
- We updated our disclosures relating to our adherence to the **EU-U.S., UK Extension, and Swiss-U.S. Data Privacy Frameworks**.
- We clarified in our **How to contact us** section how individuals may communicate with Microsoft to exercise their data privacy rights.

# July 2023

- We prepared our **Washington State Consumer Health Data Privacy Policy** and made changes to our Privacy Statement to detail our processing of data and individuals' rights under the Washington State My Health My Data Act ("MHMDA").

# June 2023

- We updated our **Cookies and similar technologies** section to better explain the types of cookies we may utilize when you use our sites, products, or services.
- We modified our **Advertising** section to give more information on how you can opt-out of receiving personalized advertising from Microsoft.
- We made updates to our **Phone Link – Link to Windows** section to provide additional information about how the Phone Link – Link to Windows service operates and functions, and the data that may be used and transferred between your Windows devices and Android mobile phone.

# April 2023

- The **Microsoft Family** section was added to clarify how the Family Safety features collect and use data, and how individuals can control the use and sharing of their data with their family group.
- We modified the **Collection of data from children** section to include links to other related sections of the Privacy Statement concerning children's information, including the new Family Safety section.
- We updated the **Advertising** section to clarify the partners with whom we partner and may share data for advertising purposes.

# February 2023

- We updated our **Reasons we share personal data** and **U.S. State Data Privacy** sections to clarify where "sharing" relates to personalized advertising purposes.

- We made changes to our **Collection of data from children** section to give parents and guardians more information on how they can access and delete their child's information.
- We clarified how we classify chat bot information and interactions and how such information is different from human-to-human chats.
- We clarified the apps and programs that are part of Bing.

# December 2022

- We made updates throughout the Privacy Statement to correspond with changes that we making to work towards compliance with U.S. state privacy laws and changed the name of the **California Consumer Privacy Act** section to **U.S. State Data Privacy.**
- We updated the **Microsoft account** section to clarify how Microsoft makes information saved to your account available across Microsoft products when you sign in.
- We clarified the **Collection of data from children** and **Xbox** sections to provide additional information about Xbox's anti-cheat and fraud prevention measures.
- We supplemented the **How to contact us** section to add a contact phone number for residents of Canada.
- Changes were made to the **Windows** section to clarify the difference between the available versions of the Photos app.

# September 2022

- We updated our **Reasons we share personal data** section to clarify our push notification data sharing for Microsoft products or applications on non-Windows devices.
- We updated references to some MSN products throughout the Privacy Statement to now refer to **Microsoft Start** and clarified the services Microsoft Start offers.
- We included the contact information for the **Microsoft Data Protection Officer in Canada.**
- We clarified in our **Enterprise Online Services** section the purposes for which Microsoft may process personal data as a data controller, in accordance with our standard Products and Services DPA.
- We updated the **Microsoft Edge** section with additional information describing how Edge syncs browser data, migrates privacy choices across your signed-in devices when logged into your Microsoft accounts and uses search data to improve Microsoft services.
- We modified the **Location Services and Recording** section to detail on how Desktop apps, web-based experiences, or third-party apps may determine your device's location.
- The **Security and Safety Features** section was revised to clarify the Microsoft Defender SmartScreen services, and to add information about the Smart App Control.
- We made changes to the **Speech, Voice Activation, Inking and Typing** section to further clarify how we protect your voice recordings are when using our speech recognition technologies, and to provide details on our Voice Access and customer word list features.
- We revised the **Photos App** section to note the different features between the Photos and the Photos Legacy apps, and how each app may process your photo data.
- We added the **Live Captions** section to describe how audio and voice data may be processed to generate captions from audio containing speech.

# June 2022

- We updated the **Our use of cookies and similar technologies** section to clarify and better communicate when we may ask for your consent before installing optional cookies.

# April 2022

- We updated the **Where we store and process personal data** section in response to Japan's Act on the Protection of Personal Information.
- We changed the **Your Phone** section to **Phone Link** to reflect the Windows app's new name.

# March 2022

- We made changes to the **How to access and control your personal data** section to better communicate how Microsoft processes personal data.
- We updated the **Skype** section to provide additional information about how users can communicate with emergency calling service providers in the United States when using Skype.
- The **Microsoft Teams** and **Skype** sections were updated to include supplemental information about how contact data is processed and notices to non-users.

# December 2021

- We modified the **Personal data that we collect** section to give more transparency to the sources and processing of third-party data.
- The **How we use personal data** section was augmented to provide additional detail about how Microsoft works to protect our products and consumers.
- The **Microsoft Teams** section was modified to provide additional information on how Teams interacts with third-party accounts.
- We clarified the **Advertising** section to better demonstrate how Microsoft delivers personalized and behavioral advertising.

# October 2021

- We updated the **Windows section** and other parts of the Privacy Statement to include Windows 11 and help individuals understand how Microsoft processes personal data with its release.
- The **Products provided by your organization—notice to end users, Other important privacy information**, and **Enterprise and developer products** sections were modified to reflect changes to Microsoft's commercial agreements.

# September 2021

- We added a link to a new page with information for young people.
- We updated the **Edge** section with additional information to clarify how we use and collect data related to search activity to improve Microsoft services.

# July 2021

- We modified the **Collection of data from children** and **Xbox** sections to provide more information about the Xbox experience.
- In the **Activity History** section, we revised the Privacy Statement to align with our current practices.
- We amended the **Cortana** section to better communicate how the digital assistant collects and uses personal data.
- Throughout the Privacy Statement, we made language changes to clarify our practices.

# April 2021

- We updated the **Microsoft Edge** section to clarify the definition of browsing activity data and better communicate how individuals can control the use of their browsing activity data for personalizing Microsoft Edge and Microsoft services.

# March 2021

- To better communicate how we handle children's data, we elevated the **Collection of data from children** section in the Privacy Statement to make the information easier to find and expanded the section with further clarifications, such as information related to Xbox profiles.
- We updated the wording in the **Windows apps** section to better communicate our data practices related to the Photo and Camera apps.
- We modified the **How to access and control your personal data** and **How to contact us** sections to clarify when we will respond to questions and concerns.
- We clarified the **Enterprise and developer products** section by providing more direct access from the Privacy Statement to the Azure Playfab Terms of Service.
- We modified the **California Consumer Privacy Act** section to provide more direct access from the Privacy Statement to the California Consumer Privacy Act Notice for California Consumers.

# January 2021

- In the **Microsoft Edge** section, we clarified our privacy practices related to MSN Content accessible through the web browser and the ability to sync browser data.
- In the **Personal data we collect** section we introduced the definition of traffic data to better communicate how Microsoft handles data related to its communication services.
- We modified the **Enterprise online services** and the **Where we store and process personal data** sections to clarify Microsoft's processing of personal data in connection with its legitimate business operations incident to providing services to commercial customers.
- We added a new section, **Speech Recognition Technologies**, and made changes throughout the Privacy Statement to better communicate how Microsoft completes automated and manual reviews of data that we process and, with your consent, reviews voice data in order to build and improve our speech recognition technologies.
- The **How to Contact Us** section was modified to better represent our global approach to ensure that individuals can communicate with Microsoft.

- We provided a more concise pathway to learn more about our data handling experiences when using the Kinect devices in the **Xbox** section.
- We updated the **Cortana** section and modified other parts of the Privacy Statement to better illustrate the privacy practices associated with Cortana's current and prior versions.
- We revised the **Microsoft Translator** section to better communicate our privacy practices when the services are used as part of a stand-alone consumer application or integrated into other products and services.

# November 2020

- We supplemented the **Microsoft 365** section by clarifying our privacy practices related to connected experiences.
- In the **Bing** section, we provided additional information regarding how data is transferred to a destination webpage when accessing the webpage through Bing search results.
- We revamped the **Xbox** section with new language to better illustrate our privacy practices.

# September 2020

- We supplemented the **Xbox and Xbox Live** section by including the Game Pass App and clarifying our processing of console diagnostic data.
- We introduced the **Surface Duo** section to describe our privacy practices related to the new device.
- We added additional language to clarify Microsoft's use of the EU-U.S. Privacy Shield Framework in the **Where we store and process personal data** section to clarify that Microsoft does not rely on the EU-U.S. Privacy Shield Framework as a legal basis for transfers of personal data in light of the judgement of the Court of Justice of the EU in Case C-311/18.
- We clarified how Microsoft utilizes cookies and other communication technologies and how individuals consent to and can personally control their use by making updates to the **Cookies and similar technologies** section.
- We added language to the **Collection of Data from Children** section to better illustrate how parents and guardians can manage, view, and delete a minor's data.
- We also enhanced the language in the **SwiftKey** section to explain changes in the technology and how individuals can personalize its use and the data that it collects.

---

# July 2020

- We made edits throughout the privacy statement to reflect changes in our branding of Microsoft's products and services. For example, we changed certain references from Office 365 to Microsoft 365 to further increase clarity on how a product processes personal data.
- We added additional language to the **Microsoft Edge** section to clarify our data handling and process practices when Password Monitor is used and content is downloaded to enhance the browsing experience.

---

# June 2020

- We made edits throughout the privacy statement intended to improve transparency and readability. For example, we:
  - Added further information on how to use Microsoft services such as Microsoft Teams; and
  - Added language clarifying Microsoft's personal data processing when Microsoft processes data for legitimate business operations.
- We clarified how individuals may communicate with Microsoft to exercise their data privacy rights in the **California Consumer Privacy Act** and **How to contact us** sections.
- In the **Skype** section, we updated language to clarify the service's translation functionality related to **Translation features**.
- We added a section on **Microsoft Teams** to describe Microsoft's processing activities specific to the Microsoft Team's experience.
- We supplemented language in the **Feedback Hub** section to clarify internal business operations.
- In the **Windows apps** section, we added additional language to **Camera and Photos apps** to describe Microsoft's processing activities specific to the experience.

---

# May 2020

- We added a section on **HoloLens** to describe our processing activities specific to the HoloLens device and experience.
- We added a section on **Windows Mixed Reality** to describe our processing activities specific to Windows Mixed Reality experiences.

---

# April 2020

- In **Personal data we collect**, we added information about personal data we collect during in-store events.
- In **How we use personal data**, we added information on our processing of personal data for prize promotions and other in-store events.

---

# February 2020

- In **California Consumer Privacy Act**, we added a link to information on how you can use an authorized agent to exercise your rights.

---

# January 2020

- In **Advertising**, we included information about privacy settings in Microsoft Edge related to personalized advertising.

- In **Search, Microsoft Edge, and artificial intelligence**, we added a section specific to **Microsoft Edge**. The **Microsoft Edge** section includes information regarding:
  - Content that you may save on your device.
  - The ability to share browsing history associated with your Microsoft account to improve your web experience.
  - Privacy settings.
  - Diagnostic data collection and use.
- In **Web browsers – Microsoft Edge Legacy and Internet Explorer**, we clarified that the section applies to legacy versions of Microsoft Edge.

---

# December 2019

- In **Other important privacy information**, we added a section on the California Consumer Privacy Act.
- In **How to access and control your personal data**, we added a link to the Microsoft Privacy Report which provides aggregate metrics about user requests to exercise their data protection rights.
- In **Products provided by your organization – notice to end users** and **Enterprise and developer products**, we provided additional information about processing personal data of users accessing Microsoft products with an organizational account (such as a work or school account) for Microsoft's legitimate business operations.
- In **Windows Diagnostics**, we revised the terminology regarding levels of diagnostic activity data. Basic diagnostic data is now called Required diagnostic data and full diagnostic data is now called Optional diagnostic data.

---

# October 2019

- In **Skype**, we clarified that Microsoft uses voice and text data in the voice-to-text feature to provide captioning of audio for users.

---

# September 2019

- In **Products provided by your organization – notice to end users**, we added information regarding our processing of student personal data with respect to Microsoft products provided by K-12 schools.
- In **Your Phone**, we included information about making and receiving calls from your Android phone on your Windows device.

---

# August 2019

- In **How we use personal data**, we clarified that we employ both automated and manual methods of processing personal data.

- In **How to access and control your personal data**, we added instructions on how to export your Skype chat history and files.
- In **Windows apps**, we added information about **Narrator**, a screen-reading app that helps you use Windows without a screen.

---

## June 2019

- In **Xbox and Xbox Live**, we added information about the data we collect from Xbox consoles, Xbox Apps, and Xbox Live to provide experiences and subscription services.

---

## May 2019

- In **Cortana**, we added information regarding how Cortana can interact with other Microsoft products (e.g., Office) and third-party services.
- In **Speech, Voice Activation, Inking, and Typing**, we:
  - included information regarding speech recognition features for HoloLens devices and Windows Mixed Reality.
  - added **Voice Activation** to provide additional information regarding how (i) apps interact with Windows voice recognition, (ii) Microsoft uses voice data, and (iii) users can enable and disable voice activation.
- In **Camera and Photo apps**, we inserted information regarding the ability to group photos by time, location, tags, and faces.
- In **Windows Search**, we added a **Your Phone** section describing an app that allows you to link your Android phone with your Windows device.

---

## April 2019

- In the **Office** section, we added information about connected experiences and the collection and processing of diagnostic data.

---

## March 2019

- In **Where we store and process personal data**, we clarified that our commitment to the EU-U.S. and Swiss-U.S. Privacy Shield frameworks extends to personal information received from the United Kingdom.

---

## November 2018

- In **Entertainment and related services**, we updated **Mixer** to provide more information regarding which user interactions are publicly viewable.

---

# October 2018

- In **Reasons we share personal data**, we added an example of sharing certain data with an employer or school to enable them to manage the Microsoft products it provides to you (or that you sign into with an account it provides to you).
- In the **Where we store and process personal data** section of **Other important privacy information**, we specified that we will cooperate with the Swiss Federal Data Protection and Information Commissioner for resolving disputes with Swiss individuals under the Swiss-U.S. Privacy Shield agreement.
- In **Products provided by your organization—notice to end users**, we clarified that an employer's or school's ability to administer products and accounts can include control of privacy-related settings.
- In **Enterprise and developer products**, we added PlayFab Services as an example of enterprise and developer cloud-based services.
- In **Skype**, we added a paragraph describing a new captioning feature.
- In **Windows**, we:
    - reiterated how an organization can access data from Windows devices it manages.
    - provided further examples in the description of **Activity history**.
    - clarified that the **Advertising ID** controls apply only where an app is relying on the Advertising ID, and does not affect other means providing interest-based advertising (such as cookies).
    - added text in **Diagnostics** describing that diagnostic data can be shared with an organization, such as an employer or school, to help manage the organization's devices and that aggregated diagnostic data may also be shared with other selected third parties.
    - added a new **Feedback Hub** section to describe the collection of feedback and diagnostic data through the app.
    - made several clarifications under **Location services**, **motion Sensing**, **and recording**, including specifying that Windows will attempt to determine location when you make an emergency call, regardless or your location settings, and that your mobile operator has access to your device's location.
    - edited descriptions in **Speech**, **Inking**, and **Typing** to improve clarity and provide additional details about available controls.
    - under **Web browsers—Microsoft Edge and Internet Explorer**, described a unique ID that is sent by the Edge browser to certain selected websites that enables us to develop aggregate data to improve browser features and services, and added a description of a new "Website Pin to Taskbar" feature.
- We made additional edits throughout the privacy statement intended to improve transparency, enhance readability, and update outdated links and references.

---

# August 2018

- We made additional edits throughout the privacy statement intended to improve transparency and readability. For example, we provided more descriptive labels for hyperlinks.
- We separated the description of the personal data Microsoft collects for speech recognition from the description of the personal data Microsoft collects for inking and typing recognition, and

simplified both.
- We clarified that, in some cases, access or control to personal data is limited as required or permitted by applicable law.

---

# May 2018

- We made edits throughout the privacy statement intended to improve transparency and readability. For example, we:
  - added new categories of personal data we collect, such as voice data, content consumption data, and browse history;
  - added new uses of personal data;
  - simplified text and eliminated duplicative text and qualifiers such as “we may”;
  - added navigation cues, like bullet points, to highlight key points and reduce reader fatigue; and
  - improved consistency in the language used describe similar concepts.
- We added language required by the EU General Data Protection Regulation (GDPR). For example, we now:
  - describe individuals’ rights to access their data, which applies regardless of location;
  - describe the legal bases for Microsoft’s data processing, including under the GDPR’s legitimate interests provisions, and the purposes of our processing of personal data; and
  - specify the choices individuals have with respect to sharing personal data with Microsoft, along with the consequences of sharing and Microsoft’s data processing.
- In the **Personal Data We Collect** section, we:
  - added language to direct customers to the appropriate sections of the privacy statement;
  - added new examples of third-party sources of personal data; and
  - updated the descriptions of types of personal data we collect.
- In the **How We Use Personal Data** section, we:
  - clarified how Microsoft uses data generally, using concepts from the data taxonomy framework in the ISO 19944 international standard;
  - clarified our policies around storing unauthenticated data and authenticated data; and
  - updated specific descriptions of how Microsoft uses personal data. For example, we added text to describe how we use personal data for promotional communications and legal compliance, and we provided information about where Microsoft uses automated systems to process personal data. Additionally, we moved some details about our advertising practices to a separate section under **Other Important Information**.
- In the **How to Access & Control Your Personal Data** section, we described how customers can access their personal data and made the text applicable to all customers, regardless of their location.
- In the **Cookies and Similar Technologies** section, we updated the description of the cookies Microsoft uses.
- In the **Notice to End Users** section, we clarified cases when organizations, like an employer or school, have access to an individual’s personal data.
- In the **Microsoft Account** section, we clarified the differences between the three types of Microsoft accounts.
- In the **Other Important Privacy Information** section, we:

- moved the contents of the **European Privacy Rights** subsection to the **How to Access & Control Your Personal Data** and **How to Contact Us** sections.
- added a section called **Advertising**, using text from the original **How We Use Personal Data** section, to describe Microsoft's advertising practices and commitments;
- updated information on how Microsoft processes children's personal data;
- clarified how and when Microsoft makes changes to the privacy statement;
- identified which Microsoft entities are data controllers under the GDPR, how to contact us, and how to lodge a complaint.

- In the **Enterprise and Developer Products** section, we:
  - described how basic, aggregated account information related to Enterprise Online Services may be shared with authorized partners in certain circumstances.
  - identified that Microsoft is a data processor under the GDPR when providing the **Enterprise Online Services**.
- In the **Office** and **Skype** sections we described new features and updated how existing features and functionality process personal data. For example, we explain how Cortana words in Skype.
- In **Search and Artificial Intelligence**, we described our most current features and functionality. For example, in the **Cortana** subsection, we described the personal data Microsoft collects from users who are signed in and signed out of the service.
- In the **Windows** section, we removed text about a service, Wi-Fi Connecting to suggest open hotspots, that is no longer available. Under **Web Browsers**, we described the type of browser data that syncs across devices.
- In the **Entertainment and Related Services** section, we updated how existing features and functionality process personal data and provided new information on Xbox, Xbox Live, and Mixer.
- We added a hyper link to access the privacy policy of our subsidiary **LinkedIn**.

---

# April 2018

- In **Personal Data We Collect**, we deleted references to defined terms in the Online Services Terms (OST) as data definitions changed in the April 2018 OST.
- We updated the URL to the Law Enforcement Transparency Report in **Reasons We Share Personal Data**.
- In **Cookies & Similar Technologies**, we updated the list of opt-out pages for our analytics providers.
- In **Where We Store and Process Personal Data**, we listed additional countries where Microsoft operates data centers and updated the URL to the European Commission's decisions on the adequacy of the protection of personal data in third countries.
- We updated our Dublin address in **How to Contact Us**.
- In **Enterprise and Developer Products**, we:
  - deleted the subsection for Cognitive Services as we moved Cognitive Services under the same terms as Azure services. To learn more, see: https://azure.microsoft.com/support/legal/cognitive-services-compliance-and-privacy/.
  - added references to professional services available under the Online Services Terms.
  - added a reference to *Personal Data*, a new defined term in the Online Services Terms.
  - for transparency, we noted that Bing Search Services, as defined in the OST, use data as described in the Bing section of this Privacy Statement.

- we updated the link to Microsoft SQL Server's privacy supplement.

- In **Cortana**, we describe how location data Cortana collects may be used to provide personalized experiences in other Microsoft products.
- In **Windows**, we:
  - added text to describe new features, such as **Activity History**, and new functionality in **Windows Apps**.
  - updated the **Diagnostics** section to (i) provide more information about how Microsoft processes Diagnostic data, (ii) describe the new privacy control for Inking and Typing data, and (iii) provide more information about Tailored experiences.

---

# February 2018

- We added Adjust and Clicktale to the list of analytics providers in **Cookies & Similar Technologies**.

---

# October 2017

- We made minor edits throughout the privacy statement to reflect the updated name of our digital and physical stores, all now called "Microsoft Store".
- We updated the examples we provide of the technical measures we use to help de-identify the data Translator processes.
- In **Personal Data We Collect**, we provide more transparency about Microsoft's collection of data related to our app *Spend* and video.
- In **Cookies and Similar Technologies**, we describe additional uses of cookies on various Microsoft websites.
- In **Where We Store and Process Personal Data**, we provide more information about the European Commission's views on the adequacy of the protection of personal data in the countries where Microsoft processes personal data.
- In **Microsoft account**, we removed information about using Microsoft account with social media accounts, as we no longer provide that particular feature.
- In **Enterprise and Developer Products**, we provide more information about the collection and processing of data in enterprise and developer products, including SQL Server.
- In **Windows**, we clarify how certain features work in Microsoft Edge and Internet Explorer.
- Additionally, we made minor edits for grammar and clarity.

---

# September 2017

- In **Where We Store and Process Personal Data**, we provided more information about Microsoft's compliance with the EU-U.S. Privacy Shield Framework and Swiss-U.S. Privacy Shield Framework.

---

# August 2017

- We updated the preamble to reflect the broad scope of the privacy statement.
- We changed the navigation of the **product-specific details** to make this information easier to find.
- In **Personal Data We Collect**, we provided more examples of data we collect from developers and enterprise customers and made edits to better describe data we collect.
- Under **How We Use Personal Data**, we made changes to improve transparency on how we use the data we collect. We updated the section on advertising to better describe our advertising practices.
- In **How to Access & Control Your Personal Data**, we added information about how Volume Licensing customers can control their data. We also noted customers can opt out of interest-based advertising from third parties by visiting the third parties' respective websites.
- We updated **Cookies & Similar Technologies** to provide greater transparency on our use of cookies and similar technologies.
- We added a section called **Notice to End Users** to provide individuals who gain access to Microsoft products through their organization, such as an employer or school, more information about how their data is processed.
- In **Where We Store and Process Personal Data**, we listed additional countries where Microsoft operates data centers.
- The **European Privacy Rights** section now only appears in certain European versions of the privacy statement.
- In **Cortana**, we made changes to better describe how Cortana works. We also provided more information about how information is processed when Cortana uses a Connected Service or third-party skill.
- We updated the **Skype** section to better describe how certain features work.
- Under **Windows** we edited the name of certain features and functionality.
- We edited **Enterprise and Developer Products** to better describe these products and increase transparency on our use of data related to these products. We also updated the name of Dynamics 365.
- In some language versions, we made edits for grammar and clarity.

---

# June 2017

- We made a small update to the language in **Privacy Shield** to highlight that Microsoft participates in both the EU-U.S. and the Swiss-EU Privacy Shield frameworks.

---

# March 2017

- We updated **Personal Data We Collect** to provide customers with more transparency about the types of third parties that provide us with personal data. Additionally, we made edits to better describe the types of data we collect.
- Under **How We Use Personal Data**, we clarified to customers how we use information about their activities, interests, and location to deliver personalized experiences.
- In **How to Access & Control Your Personal Data**, we added information about the new Microsoft privacy dashboard, where customers can access and manage personal data collected

from various Microsoft services. We added details about where users can delete their personal data on other Microsoft properties.

- We added AppsFlyer to the list of analytics providers in **Cookies & Similar Technologies**.
- We updated **Microsoft Account** to provide customers with information about how our new payment features work.
- We added a new section called **European Privacy Rights** to inform customers in the European Economic Area of their data protection rights.
- In **Where We Store and Process Personal Data** we provided customers with more information about where Microsoft processes data. We specified where Microsoft operates major data centers and explained how we determine where we process data. Additionally, we provided more transparency about transfers of personal data from the European Economic Area, including the legal basis for such transfers and how we protect customers' rights when the data travels. We set forth our commitment to the EU-U.S. and the Swiss-U.S. Privacy Shield frameworks and direct customers on how they can exercise their Privacy Shield rights.
- As we seek to be more transparent about how long we keep personal data, we set forth criteria we use to determine retention periods in **Our Retention of Personal Data**.
- Under **Bing**, we provided more clarity to customers about how to turn off Search Suggestions, pointed customers to new capabilities to manage their data, and added details about how search query data is used for research and development purposes.
- In **Cortana**, we added information to describe how new features work. We explained variations of Cortana on different operating systems and how Cortana interacts with other services. Additionally, we provided more information about how we use location information and moved information about Cortana's use of information from Microsoft Edge up from the **Windows** section.
- In **Health Services**, we made edits for clarity and to account for new applications in this product area.
- We updated **MSN** to better clarify the type of data collected to provide customers with relevant content.
- In **Office** we edited the structure of one sentence to make it more clear.
- Under **Windows** we made a number of changes to improve transparency, to describe changes to certain functionality or new capabilities, and to account for new privacy measures we implemented, including:
  - Under **Advertising ID**, we explained how customers can control the use of this identifier and provided more clarity on how app developers and advertising networks use it.
  - We renamed *Telemetry and Error Reporting* to **Diagnostics**. In this section, we explained the two levels of diagnostic data, including the type of data collected for each level, depending on the customer's setting. Additionally, we explained the new **Tailored Experiences** setting, which enables users to choose whether diagnostic data is used to personalize their experience.
  - We provided more clarity on the collection of location data in **Windows location service**.
  - In **Recording**, we described new capabilities and informed users of their potential legal responsibility related to the use of this feature.
  - In **SmartScreen**, we provided additional details about the data transmitted to Microsoft to help SmartScreen protect customers.
  - In **Speech, Inking and Typing**, we better described our speech recognition capabilities and provided more transparency about the data Microsoft collects to provide these and

related services. Additionally, we explained to customers the controls available to manage this data.
  - Under **Web Browsers** we removed references to **Page Prediction**. The Page Prediction feature still exists in Microsoft browsers. However, browsing history to power the feature is now collected as part of Windows Diagnostics only from devices configured to return data at the Full level. We also moved disclosures about Cortana's use of data from this section to the **Cortana** section.
  - We renamed **Windows Wi-Fi Sense** section to **Wi-Fi Connecting to suggested open hotspots** and edited this section to reflect changed branding and features.
  - We clarified **Microsoft Wallet** is an application only available for Windows Phone by renaming this section.
  - We added a section for **Windows Media Player** to describe how this feature works for versions of Windows where this application is available.
  - We edited **Windows Search** to describe how the feature can be used to search for items stored in other services.
- In some language versions, we made edits for grammar.

---

# February 2017

- In **Personal Data We Collect**, we clarified additional details about the usage data we consider "Product use data."

---

# November 2016

- In **How We Use Personal Data**, we updated **Advertising** to better clarify the use of your data by third parties to customize the ads you see.
- In **How to Access & Control Your Personal Data**, we updated **Your Communications Preferences**, clarifying how to modify your preferences.
- In **Other Important Information**, we updated the **Where We Store and Process Personal Data** section to reflect Microsoft's participation in the EU-U.S. Privacy Shield program.
- In **Bing**, we removed the Bing Rewards Program section, as Bing Rewards has been replaced by Microsoft Rewards.
- We added a new **Microsoft Cognitive Services** section to explain how we collect and use data when developers use the services. We also clarified that Microsoft Cognitive Services are not Enterprise Products under this privacy statement.
- We added a new **Microsoft Translator** section, to explain how Microsoft Translator, Collaborative Translations Framework, and Microsoft Translator Hub collect and use data.
- In **Windows**, we revised the **Telemetry & Error Reporting** section to reflect that wireless network identifiers are collected at the optional "Enhanced" level of telemetry rather than at the "Basic" level.
- We added a new **captioning** section in **Xbox** to explain how Microsoft incorporates a voice-to-text feature to provide captioning of in-game chat for users who need it.

---

# September 2016

In **Enterprise Products**, we added links to privacy notices that still apply to certain enterprise offerings.

---

# August 2016

- In **Personal Data We Collect**, we added additional examples of when we collect data and the types of usage data we collect.
- In **How We Use Personal Data**:
  - We clarified that we show ads in only some of our products, that we also deliver ads in third-party products, and that we partner with third-parties such as AOL and AppNexus to deliver ads. And we removed an outdated example of sharing data with a service provider to help with the delivery of ads.
  - We added additional examples of using data for product improvement purposes.
- In **Microsoft account**:
  - We added text explaining the distinctions between a personal Microsoft account and a work or school account provided by your school or employer using Azure Active Directory.
  - We added an explanation that when you sign into a third-party product with your Microsoft account, and consent to share profile data, the third-party product can display your name or username and profile photo.
- In **Other Important Information**, we updated the discussion of transferring data from the European Economic Area to specify our intent to adopt the forthcoming EU-U.S. Privacy Shield Principles.
- In **Cortana**, we provided more examples of the types of data Cortana can access and use, described a new feature that allows for some functionality without being signed in, described new and enhanced user controls, and added descriptions (already provided to users in the product itself) of data sharing with third-party services that users can choose to connect with Cortana.
- In **Microsoft Health and Microsoft Band**, we added more detail about the types of data these offerings collect and use, and removed some redundant text to simplify the section.
- We added a new **Outlook** section (incorporating content previously in an Outlook.com section and an Outlook subsection of Office) to explain the distinctions between Outlook.com, Outlook applications, and related services, describe new cloud-based features, and describe how Outlook applications can be integrated with multiple accounts from third-party service providers.
- In **Skype**, we added text explaining that this section applies only to the consumer version of Skype and not Skype for Business, describing how contacts are added to Skype from other Microsoft consumer services, and describing a new recording feature in some versions of Skype.
- We added a new **Store** section, incorporating the content previously in a Windows Store subsection of Windows, and adding references to the Xbox Store and Office Store.
- We added a new **SwiftKey** section to describe our recently acquired SwiftKey apps, incorporating the content from the previous SwiftKey privacy statement.
- In **Windows**:
  - We expanded the description of **Advertising ID** to provide more details on its purpose and uses.

- We renamed the "Input Personalization" section to **Speech, Inking, and Typing** and added additional examples of the data collected.
- In **Location Services, Motion Sensing, and Recording**, we added descriptions of the new **General location** and **Default location** settings, and provided additional details of when location data is collected and retained by Microsoft.
- We updated the **Windows Defender** section to explain new functionality that allows the use of Windows Defender to do periodic scanning even when there is another anti-malware service running.
- We've revised the **Telemetry & Error Reporting** section to further clarify differences between **Basic** data, **Enhanced** data, and **Full** data.
- We updated the **Web Browsers: Microsoft Edge and Internet Explorer** section to explain how to control Cortana's access to your browsing history, and that enabling that feature will allow us to collect your Microsoft Edge search queries and full browsing history associated with your user ID to personalize your experience.
- We revised the **Wi-Fi Sense** section to clarify that we are no longer offering functionality that will automatically connect to open Wi-Fi networks.
- We added a section to **Windows Apps** describing the Mail and Calendar app, and updated the description of the Microsoft Wallet app to reflect to NFC functionality.

* We added a new **Enterprise Products** section (replacing an Enterprise Services subsection of **Other Important Information**) to account for Microsoft products and related offerings offered or designed primarily for use by organizations and developers.
* Throughout, we replaced the general term "services" with "products" to better reflect the full range of software, services, and devices Microsoft offers.
* Throughout, we made several minor wording changes to improve clarity, or to address typos, grammar, or other similar issues.

---

# January 2016

* We simplified the introductory paragraph by removing a list of specific Microsoft services, referring instead to the list of services that appears later in the statement.
* In **Microsoft account**, we added "display name" to the ways others can find and connect with you within Microsoft services.
* In **Other Important Privacy Information:**
    - In **Where We Store and Process Personal Data**, we clarified that data may be stored in your region, and explained the ways data can be transferred from the European Economic Area to other countries.
    - We simplified **How to Contact Us** by removing the reference to Skype Software S.à.r.l.
* In **Skype**, we made several edits to simplify and clarify language, remove redundancies, and explain that both Microsoft Corporation and Skype Communications S.à.r.l. are data controllers for Skype.
* In **Windows:**
    - We added to **Sync Settings**, to clarify that the Windows sync settings apply to Internet Explorer browser history, and that some apps have their own separate sync controls.
    - We rewrote much of **Telemetry & Error Reporting** to clarify the different levels of telemetry, what types of data are included in each, the effect of the available user controls,

and the limited sharing of error report information to partners (such as OEMs) to help them troubleshoot products and services which work with Windows and other Microsoft product and services.
    - We clarified **Web Browsers** to show the differences between sync functions and controls on Internet Explorer and Microsoft Edge.
- Throughout, we made several minor wording changes to improve clarity, or to address typos, grammar, or other similar issues.

---

# October 2015

- We added examples to **Personal Data We Collect** to clarify when we need to collect content of files and communications so that we can provide our services to you.
- We added examples to **How We Use Personal Data** about customer support and product activation, to further explain how we use your data to provide and improve our services.
- In **Reasons We Share Personal Data**, we clarified that "private communications and documents in private folders" refers to content in cloud services, like Outlook.com and OneDrive, and not content stored on a person's local device. We also added a link to our Law Enforcement Transparency Report.
- In **Cookies and Other Technologies**, we added Kissmetrics and Webtrends to the list of data analytics service providers we use.
- We clarified the difference between a personal **Microsoft account** and a work or school account provided to you by your organization.
- In **Other Important Privacy Information**, we added **Enterprise Services** to clarify that if you have a work or school account, the owner of the domain associated with your email address may control and administer your account under its own policies, which may differ from ours.
- In **Bing**, we updated "Autosuggest" to "Search Suggestions" and added information about how to opt out of Bing Rewards.
- In **Cortana**, we added "Communications History" to the list of features.
- We added **Groove Music/Movies & TV**, which replaces **Xbox Music and Video** to reflect the new branding of those services.
- We added **Microsoft Health Services**, to incorporate information previously provided in separate privacy statements about Microsoft Band devices, Microsoft Health apps, HealthVault, and other related services.
- We simplified Office, by moving the pertinent information from the old **Excel** subsection into **Search services**.
- In **Outlook**, we deleted **Social inbox**.
- In Skype, we added information about **Translation feature**.
- In Windows, we added information about **Recording**.
- In **Xbox**, we changed **Voice chat** to **Communications monitoring**. We also clarified that the Xbox Code of Conduct has been replaced with the Microsoft Code of Conduct.
- Throughout, we made several minor wording changes to improve clarity, or to address typos, grammar, or other similar issues.

---

# July 2015

We published a new Microsoft Privacy Statement that brought together many separate privacy statements into a single statement covering most of Microsoft's consumer services. This restructuring of Microsoft's privacy disclosures was designed to eliminate redundancies, improve usability, and increase clarity and transparency. We added some new elements, for example, to reflect new features of Windows 10, but the new statement did not represent a change in policy or practice for Microsoft.


- © Microsoft 2024

# EXHIBIT B

***Saeedy, et al v Microsoft Corp.***
**USDC WDWA Case No. 2:24-cv-00219-SKV**

## DECLARATION OF YANA HART

MICROSOFT SOFTWARE LICENSE TERMS

MICROSOFT EDGE

---

After installation, these terms are also viewable in Microsoft Edge at edge://terms.

These license terms are an agreement between you and Microsoft Corporation (or one of its affiliates). They apply to this software published by Microsoft and any software updates ("Software") (except to the extent such Software or updates are accompanied by new or additional terms, in which case those different terms apply prospectively and do not alter your or Microsoft's rights relating to pre-updated Software ). IF YOU COMPLY WITH THESE LICENSE TERMS, YOU HAVE THE RIGHTS BELOW. BY DOWNLOADING OR USING THE SOFTWARE, YOU ACCEPT THESE TERMS. IF YOU DO NOT ACCEPT THEM, YOU HAVE NO RIGHT TO AND MUST NOT DOWNLOAD OR USE THE SOFTWARE.

**1. MICROSOFT EDGE FOR WINDOWS DEVICES**

**1.1. Windows License Terms**. Your installation and use of the Software on any Windows platform shall be governed by the license terms for your Microsoft Windows Operating System software ("Windows License Terms") on which you are using the Software, and those terms are incorporated by reference. If the Software is downloaded from Microsoft and labeled preview, insider, beta or pre-release, or is otherwise indicated as not being a final retail version of the Software, the applicable terms in Section 1.2 also apply to your use of the Software. Section 1.3 applies to your use of other services that may be made available for use through your use of the Software.

**1.1.1. Updates**. Notwithstanding above Section 1.1 as applied to Windows 7, 8, and 8.1, the terms of the applicable Windows License Terms, or any Windows update settings you have configured, the Software periodically checks for updates, and downloads and installs them for you. You may obtain updates only from Microsoft or authorized sources, and Microsoft may need to update your system to provide you with those updates. By accepting this agreement, you agree to receive these types of automatic updates without any additional notice.

**1.2. Previews**. Microsoft may make preview, insider, beta or other pre-release versions of the Software ("Previews") available to you. You may use Previews only up to the Software's expiration date (if any) and so long as you comply with the applicable Windows License Terms. Previews are experimental, which means that Previews may not operate correctly and may be substantially different from the commercially released version. In some instances, Previews may even inadvertently damage your device rendering it inoperable or cause occasional crashes, data loss or apps to stop working or be deleted. To recover, you may have to reinstall your apps, the operating system or re-flash your device. In some instances, you may not be able to go back to your prior version of the Software. Because Previews may contain more errors or inaccuracies, you should back-up your device before installing any Previews. We recommend installing Previews on non-production devices that are not business critical because you are more likely to experience crashes, setting and policy changes, loss of data or apps, feature and functionality changes, cause other apps to stop working, be updated, or removed from your device automatically without notice and other potential issues. We highly recommend that you do not install the Previews on any systems you don't directly control or that you share with others. Notwithstanding anything to the contrary in this agreement, Previews are nontransferable and provided "AS IS." By installing Previews on your device, you may void or impact your device warranty and may not be entitled to support from the manufacturer of your device or network operator, if applicable. Microsoft may not provide support services for Previews. If you provide Microsoft comments, suggestions or other feedback about the Preview ("Submission"), you grant Microsoft and its partners rights to use the Submission in any way and for any purpose. You will not give a Submission that is subject to a license that requires Microsoft to license its Software or documentation to third parties because Microsoft includes your Submission in them. These rights survive this agreement. Microsoft may change or discontinue the

Previews, or terminate your access to the Previews, at any time without notice and for any reason whatsoever. You may stop using the Previews at any time by un-installing and deleting all copies of any Previews.

**1.2.1. Data Collection for Previews**. Previews may not have included, reduced, or different security, privacy, accessibility, availability and relatability standards relative to commercially provided services and software. For Previews covered under Section 1.2, privacy and feature settings may not work as intended, and the Previews may not work with other Windows privacy settings, including the diagnostic data settings for Windows 10 / Windows 11. Data collected from your use of the Previews, including diagnostic, technical, error reports, crash dumps and other related data from your devices running Previews may be used, stored, processed and analyzed to keep Windows and the Previews up to date, secure, and operating properly. It also helps us improve Microsoft products and services and may be used for any other purpose described in the Microsoft Privacy Statement. If you disable data collection through controls available in the Previews, we may continue to collect diagnostic information about the download, the installation and removal of the Previews and "basic" data as described in the Windows Diagnostics section of the Microsoft Privacy Statement. The **Microsoft Privacy Statement** ( https://go.microsoft.com/fwlink/?LinkId=521839 ), and this paragraph, applies to Previews under Section 1.2.

**1.3. Other Services**. The Software may include features that provide an access point to, or rely on, other services, websites, links, content, material, integrations or applications, including as provided by independent third parties ("Other Services"). Your use of Other Services or of Software features that rely on Other Services may be governed by separate terms and subject to separate privacy policies. You can view these separate terms and policies through the Other Services' websites or settings, as applicable. The Other Services may not be available in all regions. You may not use tokens the Software uses to call into a Microsoft Azure service separate from the Software.

**2. MICROSOFT EDGE FOR NON-WINDOWS DEVICES**

---

**IF YOU LIVE IN (OR ARE A BUSINESS WITH A PRINCIPAL PLACE OF BUSINESS IN) THE UNITED STATES, PLEASE READ THE "BINDING ARBITRATION AND CLASS ACTION WAIVER" SECTION 2.14 BELOW. IT AFFECTS HOW DISPUTES ARE RESOLVED.**

---

**2.1. Installation and Use Rights**. For installation and use of the Software on any non-Windows platform, including but not limited to macOS and Linux, you may install and use one copy of the Software on any device running such non-Windows platform.

**2.2. Third Party Software**. The Software may include third party software that is licensed to you under this agreement or under their own terms or under open source licenses with source code availability options. License terms, notices, and acknowledgements, if any, for the third party software may be accessible online at https://aka.ms/thirdpartynotices or in an accompanying notices file. Even if such software is governed by other agreements, the disclaimer, limitations on, and exclusions of damages below also apply to the extent allowed by applicable law.

**2.3. Previews.** Microsoft may make preview, insider, beta or other pre-release versions of the Software ("Previews") available to you. You may use Previews only up to the software's expiration date (if any) and so long as you comply with these license terms. Previews are experimental, which means that Previews may not operate correctly and may be substantially different from the commercially released version. In some instances, Previews may even inadvertently damage your device rendering it inoperable or cause occasional crashes, data loss or apps to stop working or be deleted. To recover, you may have to reinstall your apps, the operating system or re-flash your device. In some instances, you may not be able to go back to your prior version of the Software. Because

Previews may contain more errors or inaccuracies, you should back-up your device before installing any Previews. We recommend installing Previews on non-production devices that are not business critical because you are more likely to experience crashes, setting and policy changes, loss of data or apps, feature and functionality changes, cause other apps to stop working, be updated, or removed from your device automatically without notice and other potential issues. We highly recommend that you do not install the Previews on any systems you don't directly control or that you share with others. Notwithstanding anything to the contrary in this agreement, Previews are nontransferable and provided "AS IS." By installing Previews on your device, you may void or impact your device warranty and may not be entitled to support from the manufacturer of your device or network operator, if applicable. Microsoft may not provide support services for Previews. Microsoft may change or discontinue the Previews, or terminate your access to the Previews, at any time without notice and for any reason whatsoever. You may stop using the Previews at any time by un-installing and deleting all copies of any Previews.

**2.3.1. Data Collection for Previews**. Previews may not have included, reduced, or different security, privacy, accessibility, availability and relatability standards relative to commercially provided services and software. For Previews covered under Section 2.3, privacy and feature settings may not work as intended, and the Previews may not work with other operating system privacy settings. Data collected from your use of Previews, including diagnostic, technical, error reports, crash dumps and other related data from your devices running Previews may be used, stored, processed and analyzed to keep the Previews up to date, secure, and operating properly. It also helps us improve Microsoft products and services and may be used for any other purpose described in the Microsoft Privacy Statement. If you disable data collection through controls available in the Previews, we may continue to collect diagnostic information about the download, the installation and any removal of the Previews and "basic" data as described in the Windows Diagnostics section of the Microsoft Privacy Statement. The **Microsoft Privacy Statement** ( https://go.microsoft.com/fwlink/?LinkId=521839 ), and this paragraph, applies to Previews under Section 2.3.

**2.4. Other Services**. The Software may include features that provide an access point to, or rely on, other services, websites, links, content, material, integrations or applications, including as provided by independent third parties ("Other Services"). Your use of Other Services or of Software features that rely on Other Services may be governed by separate terms and subject to separate privacy policies. You can view these separate terms and policies through the Other Services' websites or settings, as applicable. The Other Services may not be available in all regions.

**2.5. Communications with You**. Microsoft may use your contact information (i) to communicate with you about your use of the Software, and (ii) to provide you with additional information, about the Software and other Microsoft products or services. This contact may be by email, SMS, instant message, web chat, phone, in the user interface, or other means, and may include offers. You can always choose whether you wish to receive promotional email, SMS messages, telephone calls and postal mail from Microsoft.

**2.6. Feedback**. If you provide Microsoft comments, suggestions or other feedback about the Software to Microsoft ("Submission"), you grant Microsoft and its partners rights to use the Submission in any way and for any purpose. You will not give Microsoft a Submission that is subject to a license that requires Microsoft to license its Software or documentation to third parties because Microsoft includes your feedback in them. These rights survive this agreement.

**2.7. Data Collection**. The Software may collect information about you and your use of the Software and send that to Microsoft. By accepting this agreement and using the Software you agree that Microsoft may collect, use, and disclose the information as described in the **Microsoft Privacy**

**Statement** at https://go.microsoft.com/fwlink/?LinkId=521839 , and as may be described in the user interface associated with the Software features.

**2.8. Scope of License.** The Software is licensed, not sold. This agreement gives you only some rights to use the Software. Microsoft reserves all other rights. Unless applicable law gives you more rights despite this limitation, you will not (and have no right to):

**(a)** work around any technical limitations in the Software that only allow you to use it in certain ways;

**(b)** reverse engineer, decompile, disassemble, decrypt or otherwise attempt to derive the source code of the Software, except and only to the extent that the foregoing restriction is (i) permitted by applicable law; (ii) required by third party licensing terms governing the use of certain open-source components that may be included with the Software; or (iii) required to debug changes to any libraries licensed under the GNU Lesser General Public License which are included with and linked to by the Software.

**(c)** remove, minimize, block, or modify any notices of Microsoft or its suppliers in the Software;

**(d)** when using Internet-based features, you may not use those features in any way that could interfere with anyone else's use of them or to try to gain access to or use any service, data, account, or network, in an unauthorized manner;

**(e)** use the Software in any way that is against the law or to create or propagate malware; or

**(f)** share, publish, distribute, or lend the Software, provide the Software as a stand-alone hosted solution for others to use, or transfer the Software or this agreement to any third party.

**(g)** use tokens the Software uses to call into a Microsoft Azure service separate from the Software.

**2.9. Documentation**. If documentation is provided with the Software, you may copy and use the documentation for personal reference purposes.

**2.10. H.264/AVC and MPEG-4 Visual Standards and VC-1 Video Standards**. The Software may include H.264/AVC, MPEG-4 Visual, and/or VC-1 codec technology. MPEG LA, L.L.C. requires this notice:
THIS PRODUCT IS LICENSED UNDER THE H.264/AVC, THE VC-1, AND THE MPEG-4 PART 2 VISUAL PATENT PORTFOLIO LICENSES FOR THE PERSONAL AND NON-COMMERCIAL USE OF A CONSUMER TO (i) ENCODE VIDEO IN COMPLIANCE WITH THE ABOVE STANDARDS ("VIDEO STANDARDS") OR (ii) DECODE AVC, VC-1, AND MPEG-4 PART 2 VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NON-COMMERCIAL ACTIVITY OR WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE SUCH VIDEO. NO LICENSE IS GRANTED OR SHALL BE IMPLIED FOR ANY OTHER USE. ADDITIONAL INFORMATION MAY BE OBTAINED FROM MPEG LA, L.L.C. SEE https://aka.ms/mpegla .

**2.11. Export Restrictions.** You must comply with all domestic and international export laws and regulations that apply to the Software, which include restrictions on destinations, end users, and end use. For further information on export restrictions, visit https://aka.ms/exporting .

**2.12. Support Services.** Microsoft is not obligated under this agreement to provide any support services for the Software. Any support provided is "as is", "with all faults", and without warranty of any kind.

**2.13. Updates.** The Software may periodically check for updates, and download and install them for you. You may obtain updates only from Microsoft or authorized sources. Microsoft may need to update your system to provide you with updates. You agree to receive these automatic updates without any additional notice. Updates may not include or support all existing Software features, services, or peripheral devices.

**2.14. Binding Arbitration and Class Action Waiver.** This Section applies if you live in (or, if a business, your principal place of business is in) the United States. If you and Microsoft have a dispute, you and Microsoft agree to try for 60 days to resolve it informally. If you and Microsoft can't, you and Microsoft agree to **binding individual arbitration before the American Arbitration Associatio** n under the Federal Arbitration Act ("FAA"), and **not to sue in court in front of a judge or jury** . Instead, a neutral arbitrator will decide. **Class action lawsuits, class-wide arbitrations, private attorney-general actions,** and any other proceeding where someone acts in a representative capacity **are not allowed** ; nor is combining individual proceedings without the consent of all parties. The complete Arbitration Agreement contains more terms and is at https://aka.ms/arb-agreement-1 . You and Microsoft agree to these terms.

**2.15. Entire Agreement.** This agreement, and any other terms Microsoft may provide for supplements, updates, or third-party applications, is the entire agreement for the Software.

**2.16. Applicable Law and lace to resolve disputes**. If you acquired the Software in the United States or Canada, the laws of the state or province where you live (or, if a business, where your principal place of business is located) govern the interpretation of this agreement, claims for its breach, and all other claims (including consumer protection, unfair competition, and tort claims), regardless of conflict of laws principles, except that the FAA governs everything related to arbitration. If you acquired the Software in any other country, its laws apply, except that the FAA governs everything related to arbitration. If U.S. federal jurisdiction exists, you and Microsoft consent to exclusive jurisdiction and venue in the federal court in King County, Washington for all disputes heard in court (excluding arbitration). If not, you and Microsoft consent to exclusive jurisdiction and venue in the Superior Court of King County, Washington for all disputes heard in court (excluding arbitration).

**2.17. Consumer Rights; Regional Variations.** This agreement describes certain legal rights. You may have other rights, including consumer rights, under the laws of your state, province, or country. Separate and apart from your relationship with Microsoft, you may also have rights with respect to the party from which you acquired the Software. This agreement does not change those other rights if the laws of your state, province, or country do not permit it to do so. For example, if you acquired the Software in one of the below regions, or mandatory country law applies, then the following provisions apply to you:

**(a) Australia.** You have statutory guarantees under the Australian Consumer Law and nothing in this agreement is intended to affect those rights.

**(b) Canada.** If you acquired this Software in Canada, you may stop receiving updates by disconnecting your device from the Internet (if and when you re-connect to the Internet, however, the Software will resume checking for and installing updates), or uninstalling the Software. The product documentation, if any, may also specify how to turn off updates for your specific device or Software.

**(c) Germany and Austria**. If you are using the Software in Germany, you may do so only subject to the following terms: https://aka.ms/edge-germany .

**2.18. DISCLAIMER OF WARRANTY. THE SOFTWARE IS LICENSED "AS IS," "WITH ALL FAULTS," AND "AS AVAILABLE." YOU BEAR THE RISK OF USING IT. MICROSOFT GIVES NO EXPRESS WARRANTIES, GUARANTEES, OR CONDITIONS. YOU MAY HAVE ADDITIONAL CONSUMER RIGHTS OR STATUTORY GUARANTEES UNDER YOUR LOCAL LAWS THAT THIS AGREEMENT CANNOT CHANGE. TO THE EXTENT PERMITTED UNDER YOUR LOCAL LAWS, MICROSOFT EXCLUDES ALL IMPLIED WARRANTIES, INCLUDING MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT.**

**2.19. LIMITATION ON AND EXCLUSION OF REMEDIES AND DAMAGES. IF YOU HAVE ANY BASIS FOR RECOVERING DAMAGES DESPITE THE PRECEDING DISCLAIMER OF WARRANTY, YOU CAN RECOVER FROM MICROSOFT AND MICROSOFT'S AFFILIATES OR**

**SUPPLIERS ONLY DIRECT DAMAGES UP TO THE AMOUNT YOU PAID FOR THE SOFTWARE OR $5.00, WHICHEVER IS GREATER. YOU CANNOT RECOVER ANY OTHER DAMAGES OR LOSSES, INCLUDING CONSEQUENTIAL, LOST PROFITS, SPECIAL, INDIRECT, PUNITIVE OR INCIDENTAL DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY LAW, THESE LIMITATIONS AND EXCLUSIONS APPLY TO ANYTHING OR ANY CLAIMS RELATED TO THE SOFTWARE.**
**It also applies even if this remedy does not fully compensate you for any losses or fails of its essential purpose or if Microsoft knew or should have known about the possibility of the damages. The above limitation or exclusion may not apply to you because your state, province, or country may not allow the exclusion or limitation of incidental, consequential, or other damages.**

---

Source code for portions of Microsoft Edge is available free of charge from https://thirdpartysource.microsoft.com under the third party open source license terms provided at https://aka.ms/thirdpartynotices and in Microsoft Edge at edge://credits after installation. Or to obtain this source code you may send a check or money order for US $5.00, including the Edge version number, to:

Source Code Compliance Team
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
USA

# EXHIBIT C

***Saeedy, et al v Microsoft Corp.***
**USDC WDWA Case No. 2:24-cv-00219-SKV**

## DECLARATION OF YANA HART

**Last updated June 2024**

**MICROSOFT SOFTWARE LICENSE TERMS**

**MICROSOFT EDGE**

---

After installation, these terms are also viewable in Microsoft Edge at edge://terms.

**IF YOU LIVE IN (OR ARE A BUSINESS WITH A PRINCIPAL PLACE OF BUSINESS IN) THE UNITED STATES, PLEASE READ THE "BINDING ARBITRATION AND CLASS ACTION WAIVER" SECTION 2.14 BELOW. IT AFFECTS HOW DISPUTES ARE RESOLVED.**

This is a license agreement between you and Microsoft Corporation (or one of its affiliates) that describes your rights, obligations, and the conditions upon which you may use the software and any updates ("Software") (except to the extent updates are accompanied by new or additional terms, in which case those different terms apply prospectively and do not alter your or Microsoft's rights relating to pre-updated Software ). You should review the entire agreement, including any linked terms, because all of the terms are important and together create this agreement that applies to you.

**By accepting this agreement or downloading or using the Software, you agree to all of these terms and consent to the transmission of certain information during your use of the Software as per the privacy statement described in your Windows License Terms or in Section 2.7, below. If you do not accept and comply with these terms, you may not use the Software or its features.**

This agreement comprises two sections: Section 1 applies if you use the Software on any Windows platform; Windows platform; Section 2 applies if you use it on any non-Windows platform, including MacOS, iOS, Android, and Linux.

**1. MICROSOFT EDGE FOR WINDOWS DEVICES**

**1.1. Windows License Terms Apply**. Your Microsoft Software License Terms, Windows Operating System ("Windows License Terms") govern your use of this Software on any Windows platform and are part of this agreement. You can view the Windows License Terms by going to https://aka.ms/useterms or going to Settings - System - About within Windows.

**1.1.1. Updates**. The Software periodically checks for updates, and downloads and installs them for you. You may obtain updates only from Microsoft or authorized sources, and Microsoft may need to update your system to provide you with those updates. By accepting this agreement or using the Software, you agree to receive these types of automatic updates without any additional notice.

**1.2. Previews**. You may choose to use preview, insider, beta, or other pre-release versions of the Software ("Previews") that Microsoft may make available. You may use Previews only up to the Software's expiration date and so long as you comply with all the terms of this agreement. Previews are experimental and may be substantially different from the commercially released version. Notwithstanding anything to the contrary in your Windows License Terms, **Previews are provided "AS IS," and no warranty, implied or express (including the Limited Warranty), applies to these versions. By installing Previews on your device, you may void or impact your device warranty and may not be entitled to support from your device manufacturer or network operator, if applicable.** Microsoft is not responsible for any damage thereby caused to you. Microsoft may not provide support services for Previews. If you provide Microsoft comments, suggestions or other feedback about the Preview ("submission"), you grant Microsoft and its partners rights to use the submission in any way and for any purpose.

**1.2.1. Data Collection for Previews**. For Previews, privacy and feature settings may not work as intended, and the Previews may not work with other Windows privacy settings, including the diagnostic data settings for Windows 10 or Windows 11. Data collected from your use of the Previews, including diagnostic, technical, error reports, crash dumps and other

related data from your devices running Previews, may be used, stored, processed and analyzed to keep Windows, this Software, and the Previews up to date, secure, and operating properly. It also helps us improve Microsoft products and services and may be used for any other purpose described in the Microsoft Privacy Statement. If you disable data collection through controls available in the Previews, we may continue to collect diagnostic information about the download, the installation and removal of the Previews and "basic" data as described in the Windows Diagnostics section of the Microsoft Privacy Statement at https://aka.ms/privacy .

**1.3. Other Services**. The Software may include apps or features that provide an access point to, or rely on, online services, and the use of those services is sometimes governed by separate terms and privacy policies, such as the Microsoft Services Agreement at https://aka.ms/msa . You can view these terms and policies by looking at the service's terms of use or the app's settings, as applicable. The services may not be available in all regions. You may not use tokens the Software uses to call into a Microsoft Azure service separate from the Software.

**2. MICROSOFT EDGE FOR NON-WINDOWS DEVICES**

**2.1. Installation and Use Rights**. The Software is licensed, not sold. Under this agreement, we grant you the right to install and run one instance of the Software on your device, for use by one person at a time, running a non-Windows platform, including MacOS, iOS, Android, and Linux, so long as you comply with the terms and restrictions contained in this agreement.

**2.2. Third-Party Software**. The Software may include third-party programs that are licensed to you under this agreement, or under their own terms. License terms, notices, and acknowledgements, if any, for the third-party programs can be viewed at https://aka.ms/thirdpartynotices . Even if such programs are governed by other agreements, the disclaimer, limitations on, and exclusions of damages below also apply to the extent allowed by applicable law.

**2.3. Previews**. You may choose to use preview, insider, beta, or other pre-release versions of the Software ("Previews") that Microsoft may make available. You may use Previews only up to the Software's expiration date and so long as you comply with all the terms of this agreement. Previews are experimental and may be substantially different from the commercially released version. **Previews are provided "AS IS," and no warranty, implied or express, applies to these versions. By installing Previews on your device, you may void or impact your device warranty and may not be entitled to support from your device manufacturer or network operator, if applicable.** Microsoft is not responsible for any damage thereby caused to you. Microsoft may not provide support services for Previews. If you provide Microsoft comments, suggestions or other feedback about the Preview ("submission"), you grant Microsoft and its partners rights to use the submission in any way and for any purpose.

**2.3.1. Data Collection for Previews**. For Previews covered under Section 2.3, privacy and feature settings may not work as intended, and the Previews may not work with your operating system privacy settings. Data collected from your use of Previews, including diagnostic, technical, error reports, crash dumps and other related data from your devices running Previews may be used, stored, processed and analyzed to keep the Previews up to date, secure, and operating properly. It also helps us improve Microsoft products and services and may be used for any other purpose described in the Microsoft Privacy Statement. If you disable data collection through controls available in the Previews, we may continue to collect diagnostic information about the download, the installation and any removal of the Previews and "basic" data as described in the Windows Diagnostics section of the Microsoft Privacy Statement at https://aka.ms/privacy.

**2.4. Other Services**. The Software may include features or apps that provide an access point to, or rely on, online services, and the use of those services is sometimes governed by separate terms and

privacy policies, such as the Microsoft Services Agreement at https://aka.ms/msa. You can view these terms and policies by looking at the service's terms of use or the app's settings, as applicable. The services may not be available in all regions.

**2.5. Communications with You**. Microsoft may use your contact information (i) to communicate with you about your use of the Software, and (ii) to provide you with additional information, about the Software and other Microsoft products or services. This contact may be by email, SMS, instant message, web chat, phone, in the user interface, or other means, and may include offers. You can always choose whether you wish to receive promotional email, SMS messages, telephone calls and postal mail from Microsoft.

**2.6. Feedback**. If you provide Microsoft comments, suggestions or other feedback about the Software to Microsoft ("Submission"), you grant Microsoft and its partners rights to use the Submission in any way and for any purpose. You will not give Microsoft a Submission that is subject to a license that requires Microsoft to license its Software or documentation to third parties because Microsoft includes your feedback in them. These rights survive this agreement.

**2.7. Privacy; Consent to Use of Data**. Your privacy is important to us. Some of the Software features send or receive information when using those features. By accepting this agreement and using the Software you agree that Microsoft may collect, use, and disclose the information as described in the **Microsoft Privacy Statement** at https://aka.ms/privacy , and as may be described in the user interface associated with the Software features.

**2.8. Restrictions**. Microsoft reserves all rights (such as rights under intellectual property laws) not expressly granted in this agreement and no other rights are licensed to you. For the avoidance of doubt, this license does not give you any right to, and you may not (and you may not permit any other person or entity to):

**(a)** use or virtualize features of the Software separately;

**(b)** publish, copy (other than make a single backup copy), rent, lease, or lend the Software;

**(c)** work around any technical limitations in the Software that only allow you to use it in certain ways;

**(d)** reverse engineer, decompile, or disassemble the Software, or attempt to do so, except and only to the extent that the foregoing restriction is (i) permitted by applicable law; (ii) permitted by licensing terms governing the use of open-source components that may be included with the Software; or (iii) required to debug changes to any libraries licensed under the GNU Lesser General Public License that are included with and linked to by the Software.

**(e)** when using Internet-based features you may not use those features in any way that could interfere with anyone else's use of them, or to try to gain access to or use any service, data, account, or network, in an unauthorized manner;

**(f)** use tokens the Software uses to call into a Microsoft Azure service separate from the Software.

**2.9. Documentation**. If documentation is provided with the Software, you may copy and use the documentation for personal reference purposes.

**2.10. H.264/AVC and MPEG-4 Visual Standards and VC-1 Video Standards**. The Software may include H.264/AVC, MPEG-4 Visual, and/or VC-1 codec technology. MPEG LA, L.L.C. requires this notice:
THIS PRODUCT IS LICENSED UNDER THE AVC, THE VC-1, AND THE MPEG-4 PART 2 VISUAL PATENT PORTFOLIO LICENSES FOR THE PERSONAL AND NON-COMMERCIAL USE OF A CONSUMER TO (i) ENCODE VIDEO IN COMPLIANCE WITH THE ABOVE STANDARDS ("VIDEO STANDARDS")

AND/OR (ii) DECODE AVC, VC-1, AND MPEG-4 PART 2 VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NON-COMMERCIAL ACTIVITY OR WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE SUCH VIDEO. NO LICENSE IS GRANTED OR SHALL BE IMPLIED FOR ANY OTHER USE. ADDITIONAL INFORMATION MAY BE OBTAINED FROM MPEG LA, L.L.C. SEE https://aka.ms/mpegla .

**2.11. Export Restrictions**. You must comply with all domestic and international export laws and regulations that apply to the Software, which include restrictions on destinations, end users, and end use. For further information on export restrictions, visit https://aka.ms/exporting .

**2.12. Support Services**. Microsoft is not obligated under this agreement to provide any support services for the Software. Any support provided is "as is," "with all faults," and without warranty of any kind.

**2.13. Updates**. The Software periodically checks for updates, and downloads and installs them for you. You may obtain updates only from Microsoft or authorized sources, and Microsoft may need to update your system to provide you with updates. By accepting this agreement or using the Software, you agree to receive these types of automatic updates without any additional notice.

**2.14. Binding Arbitration and Class Action Waiver**. We hope we never have a dispute, but if we do, you and we agree to try for 60 days, upon receipt of a Notice of Dispute, to resolve it informally. If we can't, you and we agree to **binding individual arbitration before the American Arbitration Association ("AAA") under the Federal Arbitration Act ("FAA"), and not to sue in court in front of a judge or jury.** Instead, a neutral arbitrator will decide and the arbitrator's decision will be final except for a limited right of review under the FAA. **Class action lawsuits, class-wide arbitrations, private attorney-general actions, requests for public injunctions, and any other proceeding or request for relief where someone acts in a representative capacity aren't allowed. Nor is combining individual proceedings without the consent of all parties.** "We," "our," and "us" includes Microsoft and Microsoft's affiliates.

**(a) Disputes covered—everything except IP**. The term "dispute" is as broad as it can be. It includes any claim or controversy between you and us concerning the Software, its price, marketing, communications, your purchase transaction, billing, or this agreement, under any legal theory including contract, warranty, tort, statute, or regulation, **except disputes relating to the enforcement or validity of your, your licensors', our, or our licensors' intellectual property rights.**

**(b) Send a Notice of Dispute before arbitration**. If you have a dispute that our customer service representatives can't resolve and you wish to pursue arbitration, you must first send an individualized Notice of Dispute to Microsoft Corporation, ATTN: CELA ARBITRATION, One Microsoft Way, Redmond, WA 98052-6399, or submit the form electronically. The Notice of Dispute form is available at https://go.microsoft.com/fwlink/?LinkId=245499 . Complete that form in full, with all the information it requires. We'll do the same if we have a dispute with you. This Notice of Dispute is a prerequisite to initiating any arbitration. Any applicable statute of limitations will be tolled from the date of a properly submitted individualized Notice of Dispute through the first date on which an arbitration may properly be filed under this Section 2.14.

**(c) Small claims court option**. Instead of sending a Notice of Dispute, either you or we may sue the other party in small claims court seeking only individualized relief, so long as the action meets the small claims court's requirements and remains an individual action seeking individualized relief. The small claims court must be in your county of residence (or, if a business, your principal place of business).

**(d) Arbitration procedure**. The AAA will conduct any arbitration under its Commercial Arbitration Rules (or if you are an individual and use the Software for personal or household use, or if the value of the dispute is less than $75,000 USD whether or not you

are an individual or how you use the Software, its Consumer Arbitration Rules). The AAA's Mass Arbitration Supplementary Rules, as modified by this Section 2.14, will apply in Related Cases (discussed below). For more information, see https://aka.ms/adr . **This agreement governs to the extent it conflicts with any applicable AAA rules.** To initiate an arbitration, submit the Demand for Arbitration form available at https://go.microsoft.com/fwlink/?LinkId=245497 to the AAA and mail a copy to us. The form must contain information that is specific to you and your claim. In a dispute involving $25,000 USD or less, any hearing will be telephonic or by videoconference unless the arbitrator finds good cause to hold an in-person hearing instead. Any in-person hearing will take place in your county of residence (or, if a business, your principal place of business). The arbitrator may award the same damages to you individually as a court could. **The arbitrator may award declaratory or injunctive relief only to you individually to satisfy your individual claim, but not relief that would affect non-parties.**

The arbitrator rules on all issues except that a court has exclusive authority: (i) to decide arbitrability, as well as formation, existence, scope, validity, and enforceability of this arbitration agreement; (ii) to decide whether the parties have complied with the pre-arbitration requirements (including the individualized Notice of Dispute and Demand for Arbitration forms); (iii) to enforce the prohibition on class, representative, private attorney-general, or combined actions or proceedings, or public injunctive relief; and (iv) to enjoin an arbitration from proceeding if it does not comply with this agreement.

If your Notice of Dispute involves claims similar to those of at least 24 other customers, and if you and those other customers are represented by the same lawyers, or by lawyers who are coordinating with each other, you and we agree that these claims will be "Related Cases." You and we agree that the AAA's Mass Arbitration Supplementary Rules in effect when the Demand for Arbitration is filed, as modified by this Section 2.14, will apply to Related Cases. Related Cases may only be filed in batches of up to 50 individual arbitrations at a time, and those individual arbitrations will be resolved in the following manner: (i) for the first batch, each side may select up to 25 of these Related Cases to be filed and resolved in individual arbitrations under this Section 2.14; (ii) none of the other Related Cases may be filed or prosecuted in arbitration until the first batch of up to 50 individual arbitrations is resolved; and (iii) if, after that first batch, the parties are unable to informally resolve the remaining Related Cases, a second batch of Related Cases may be filed, where each side may select up to 25 of the Related Cases to be resolved in individual arbitrations under this Section 2.14. This process of batched individual arbitrations will continue until the parties resolve all Related Cases informally or through individual arbitrations. A court has exclusive authority to enforce this paragraph, including whether it applies to a given set of claims, and to enjoin the filing or prosecution of arbitrations that do not comply with this paragraph.

**(e)** **Arbitration fees and payments**. The AAA rules will govern payment of filing fees and the AAA's and arbitrator's fees and expenses.

In addition, if the dispute is not part of the Related Cases described above, the dispute involves less than $75,000, and before initiating arbitration you complied with all pre-arbitration requirements in this Section 2.14, then (1) we will promptly reimburse your filing fees and pay the AAA's and arbitrator's fees and expenses; and (2) if, at the conclusion of the arbitration, the arbitrator awards you more than our last written offer made before the arbitrator was appointed, we will pay you (i) the amount of the award or $1,000 USD (whichever is more); and (ii) for any reasonable attorney's fees you incurred; and any reasonable expenses (including expert witness fees and costs) that your attorney accrued in connection with your individual arbitration.

**(f)** **Severability**. If, after exhaustion of all appeals, a court finds any part of this Section 2.14 unenforceable as to any claim or request for a remedy, then the parties agree to arbitrate

all claims and remedies subject to arbitration before litigating in court any remaining claims or remedies (such as a request for a public injunction remedy, in which case the arbitrator issues an award on liability and individual relief before a court considers that request). Otherwise, if any other part of Section 2.14 is found to be unenforceable, the remainder will remain in effect (with an arbitration award issued before any court proceeding begins).

**2.15.** **Entire Agreement**. This agreement (together with the printed paper license terms or other terms accompanying any Software supplements, updates, and services that we provided, and that you use), and the terms contained in web links listed in this agreement, are the entire agreement for the Software and any such supplements, updates, and services (unless we provide other terms with such supplements, updates, or services).

**2.16.** **Applicable Law and Place to Resolve Disputes**. If you acquired the Software in the United States or Canada, the laws of the state or province where you live (or, if a business, where your principal place of business is located) govern the interpretation of this agreement, claims for its breach, and all other claims (including consumer protection, unfair competition, and tort claims), regardless of conflict of laws principles, except that the FAA governs everything related to arbitration. If you acquired the Software in any other country, its laws apply, except that the FAA governs everything related to arbitration. If U.S. federal jurisdiction exists, you and Microsoft consent to exclusive jurisdiction and venue in the federal court in King County, Washington for all disputes that are not heard in arbitration or small claims court. If not, you and Microsoft consent to exclusive jurisdiction and venue in the Superior Court of King County, Washington for all disputes that are not heard in arbitration or small claims court.

**2.17.** **Consumer Rights; Regional Variations**. This agreement describes certain legal rights. You may have other rights, including consumer rights, under the laws of your state, province, or country. You may also have rights with respect to the party from which you acquired the Software. This agreement does not change those other rights if the laws of your state, province, or country do not permit it to do so. For example, if you acquired the Software in one of the below regions, or mandatory country law applies, then the following provisions apply to you:

**(a)** **Australia**. For consumers living in Australia, our services come with guarantees that cannot be excluded under the Australian Consumer Law. For major failures with the service, you are entitled:

(i) to cancel your service contract with us; and

(ii) to a refund for the unused portion, or to compensation for its reduced value.

You are also entitled to be compensated for any other reasonably foreseeable loss or damage. If the failure does not amount to a major failure you are entitled to have problems with the service rectified in a reasonable time and, if this is not done, to cancel your contract and obtain a refund for the unused portion of the contract.

**(b)** **Germany and Austria**. For consumers living in Australia, our services come with guarantees that cannot be excluded under the Australian Consumer Law. For major failures with the service, you are entitled:

(i) **No Contractual Guarantee** . Microsoft gives no contractual guarantee in relation to the licensed Software.

(ii) **Limitation of Liability** . In case of intentional conduct, gross negligence, claims based on the Product Liability Act, as well as, in case of death or personal or physical injury, Microsoft is liable according to the statutory law.

Subject to the preceding sentence, Microsoft will only be liable for slight negligence if Microsoft is in breach of such material contractual obligations, the fulfillment of which facilitate the due performance of this agreement, the breach of which would endanger the purpose of this agreement and the compliance with which a party may constantly trust in (so-called "cardinal obligations"). In other cases of slight negligence, Microsoft will not be liable for slight negligence.

**2.18. DISCLAIMER OF WARRANTY. THE SOFTWARE IS LICENSED "AS IS," "WITH ALL FAULTS," AND "AS AVAILABLE." YOU BEAR THE RISK OF USING IT. MICROSOFT GIVES NO EXPRESS WARRANTIES, GUARANTEES, OR CONDITIONS. YOU MAY HAVE ADDITIONAL CONSUMER RIGHTS OR STATUTORY GUARANTEES UNDER YOUR LOCAL LAWS THAT THIS AGREEMENT CANNOT CHANGE. TO THE EXTENT PERMITTED UNDER YOUR LOCAL LAWS, MICROSOFT EXCLUDES ALL IMPLIED WARRANTIES, INCLUDING MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT.**

**2.19. LIMITATION ON AND EXCLUSION OF REMEDIES AND DAMAGES. IF YOU HAVE ANY BASIS FOR RECOVERING DAMAGES DESPITE THE PRECEDING DISCLAIMER OF WARRANTY, YOU CAN RECOVER FROM MICROSOFT AND MICROSOFT'S AFFILIATES OR SUPPLIERS ONLY DIRECT DAMAGES UP TO THE AMOUNT YOU PAID FOR THE SOFTWARE OR $5.00, WHICHEVER IS GREATER. YOU CANNOT RECOVER ANY OTHER DAMAGES OR LOSSES, INCLUDING CONSEQUENTIAL, LOST PROFITS, SPECIAL, INDIRECT, PUNITIVE OR INCIDENTAL DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY LAW, THESE LIMITATIONS AND EXCLUSIONS APPLY TO ANYTHING OR ANY CLAIMS RELATED TO THE SOFTWARE.**
**It also applies even if this remedy does not fully compensate you for any losses or fails of its essential purpose or if Microsoft knew or should have known about the possibility of the damages. The above limitation or exclusion may not apply to you because your state, province, or country may not allow the exclusion or limitation of incidental, consequential, or other damages.**

---

Source code for portions of Microsoft Edge is available free of charge from https://thirdpartysource.microsoft.com under the third party open source license terms provided at https://aka.ms/thirdpartynotices and in Microsoft Edge at edge://credits after installation. Or to obtain this source code you may send a check or money order for US $5.00, including the Edge version number, to:

Source Code Compliance Team
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
USA

# EXHIBIT D

***Saeedy, et al v Microsoft Corp.***
**USDC WDWA Case No. 2:24-cv-00219-SKV**

## DECLARATION OF YANA HART

# ARBITRATION AGREEMENT

**MICROSOFT SOFTWARE LICENSE TERMS**

**FOR MICROSOFT SOFTWARE THAT LINKS TO aka.ms/arb-agreement-1**

**BINDING ARBITRATION AND CLASS ACTION WAIVER IF YOU LIVE IN OR ARE A BUSINESS WITH YOUR PRINCIPAL PLACE OF BUSINESS IN THE UNITED STATES**

If your Microsoft Software License Terms include a Binding Arbitration and Class Action Waiver that links to aka.ms/arb-agreement-1, this Arbitration Agreement is part of the Microsoft Software License Terms that govern your right to use that software. You can find most Microsoft Software License Terms here.

You and we also agree to these terms:

**Individual Arbitration and Not in Court**. We hope we never have a dispute, but if we do, you and we agree to try for 60 days to resolve it informally. If we can't, you and we agree to **binding individual arbitration before the American Arbitration Association ("AAA") under the Federal Arbitration Act ("FAA"), and not to sue in court in front of a judge or jury**. Instead, a neutral arbitrator will decide and the arbitrator's decision will be final except for a limited right of review under the FAA. **Class action lawsuits, class-wide arbitrations, private attorney-general actions, and any other proceeding where someone acts in a representative capacity aren't allowed. Nor is combining individual proceedings without the consent of all parties.**

a. **Disputes Covered—Everything Except IP.** The term "dispute" is as broad as it can be. It includes any claim or controversy between you and us concerning the software, its price, or this agreement, under any legal theory including contract, warranty, tort, statute, or regulation, **except disputes relating to the enforcement or validity of your, your licensors', our, or our licensors' intellectual property rights**.

b. **Mail a Notice of Dispute First.** If you have a dispute and our customer service representatives can't resolve it, send a Notice of Dispute by U.S. Mail to Microsoft Corporation, ATTN: CELA ARBITRATION, One Microsoft Way, Redmond, WA 98052-6399. Tell us your name, address, how to contact you, what the problem is, and what you want. A form is available at http://go.microsoft.com/fwlink/?LinkId=245499. We'll do the same if we have

a dispute with you. After 60 days, you or we may start an arbitration if the dispute is unresolved.

c. **Small Claims Court Option.** Instead of mailing a Notice of Dispute, you may sue us in small claims court in your county of residence (or, if a business, your principal place of business) or King County, Washington, if you meet the court's requirements.

d. **Arbitration Procedure.** The AAA will conduct any arbitration under its Commercial Arbitration Rules (or if you are an individual and use the software for personal or household use, or if the value of the dispute is $75,000 or less whether or not you are an individual or how you use the software, its Consumer Arbitration Rules). For more information, see www.adr.org or call 1-800-778-7879. To start an arbitration, submit the form available at http://go.microsoft.com/fwlink/?LinkId=245497 to the AAA and mail a copy to us. In a dispute involving $25,000 or less, any hearing will be telephonic unless the arbitrator finds good cause to hold an in-person hearing instead. Any in-person hearing will take place in your county of residence (or if a business your principal place of business) or King County, Washington. You choose. The arbitrator may award the same damages to you individually as a court could. The arbitrator may award declaratory or injunctive relief only to you individually to satisfy your individual claim.

e. **Arbitration Fees and Payments.**

i. **Disputes Involving $75,000 or Less.** Microsoft will promptly reimburse your filing fees and pay the AAA's and arbitrator's fees and expenses. If you reject our last written settlement offer made before the arbitrator was appointed, your dispute goes all the way to an arbitrator's decision (called an "award"), and the arbitrator awards you more than this last written offer, we will: (i) pay the greater of the award or $1,000; (ii) pay your reasonable attorney's fees, if any; and (iii) reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration.

ii. **Disputes Involving More than $75,000.** The AAA rules will govern payment of filing fees and the AAA's and arbitrator's fees and expenses.

f. **Must File Within One Year.** You and we must file in small claims court or arbitration any claim or dispute (except intellectual property disputes—see section a) within one year from when it first could be filed. Otherwise, it's permanently barred.

g. **Severability.** If the class action waiver is found to be illegal or unenforceable as to all or some parts of a dispute, then those parts won't be arbitrated but will proceed in court, with the rest proceeding in arbitration. If any other provision of this arbitration agreement is found to be illegal or unenforceable, that provision will be severed but the rest still applies.

h. **Conflict with AAA Rules.** This agreement governs to the extent it conflicts with the AAA's Commercial Arbitration Rules or Consumer Arbitration Rules.