The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOAH SAEEDY, VISHAL SHAH, TINA WILKINSON, and M.C., a minor, by and through his natural parent and legal guardian, Moses Chatmann III, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 2:24-cv-00219-SKV<br><br>**PRAECIPE TO MICROSOFT'S MOTION TO COMPEL ARBITRATION** |

Microsoft Corporation respectfully submits this Praecipe to correct Microsoft's Motion to Compel Arbitration and Stay Case (Dkt. 6) and the Declaration of Suzanne Fogarty in Support of Microsoft's Motion to Compel Arbitration (Dkt. 7). Microsoft does so to account for updated information provided by the declarant on August 28, 2024, after Microsoft completed the briefing on its Motion to Compel Arbitration, that the screenshot provided is an example of the account flow process Plaintiffs would have gone through—as opposed to the only possible account-creation process. In particular, Plaintiffs argued in their opposition to Microsoft's motion that a slightly different account-creation process could apply when a third-party email account is used to create a Microsoft account. But, the alternative flow makes no substantive difference, because, as Plaintiffs concede, that flow also informs potential users that "Choosing **Next** means that you agree to the Microsoft Services Agreement and privacy and cookies



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

statement." Dkt. 48 ¶ 11. As explained in the prior and amended Fogarty Declaration, at all relevant times, "the Microsoft account creation process has been materially the same in requiring any prospective user to accept and agree to the hyperlinked MSA then in effect before he can create and use a Microsoft account." Fogarty Decl. ¶ 5.[1]

In an abundance of caution and to avoid confusion, Microsoft respectfully requests the Court to consider the corrected motion attached to this Praecipe as Attachment 1 and corrected declaration attached to this Praecipe as Attachment 2 as described more fully below.

**Attachment 1.** The corrections to Dkt. 6 consist of:

- ECF p. 8 of 21, line 5: the language is revised to make clear the screenshot is an example of the screen a user may see.
- ECF p. 8 of 21, line 17: the language is revised to clarify the process is the same no matter the account-creation process utilized.

**Attachment 2.** The corrections to Dkt. 7 consist of:

- ECF p. 2 of 6, line 12: the language is revised to make clear the screenshot is an example of the screen a user may see.
- ECF p. 3 of 6, line 1: the language is revised to clarify the process is the same no matter the account-creation process utilized.
- ECF p. 3 of 6, line 7: the language is revised to clarify the process is the same no matter the account-creation process utilized.
- ECF p. 6 of 6, line 3: the date is updated to account for the declarant's execution of the revised declaration.

In all other respects, the motion and declaration are identical to the documents filed (Dkts. 6, 7). A redline of the corrected motion to the filed motion is attached as Attachment 3 and a redline of the corrected declaration to the filed declaration is attached as Attachment 4.

[1] Microsoft has clarified the screenshot information in the motion to compel arbitration it filed in the related state court proceeding on September 6, 2024, and is updating this Court now in advance of the hearing on its motion.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

RESPECTFULLY SUBMITTED DATED this 13th day of September, 2024

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Microsoft Corporation*

By: *s/ Fred Burnside*
Stephen M. Rummage, WSBA #11168
Fred B. Burnside, WSBA #32491
Jaime Drozd, WSBA #35742
Xiang Li, WSBA #52306
Caleah Whitten, WSBA #60209
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
steverummage@dwt.com
fredburnside@dwt.com
jaimedrozd@dwt.com
xiangli@dwt.com
caleahwhitten@dwt.com

James Moon, *pro hac vice*
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: jamesmoon@dwt.com