Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOAH SAEEDY, VISHAL SHAH, TINA WILKINSON, and M.C., a minor, by and through his natural parent and legal guardian, Moses Chatmann III, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No. 2:24-cv-00219 SKV<br><br>**PRAECIPE TO THE DECLARATION OF MOSES CHATMANN, III IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY CASE** |

Plaintiffs submit this Praecipe in order to correct inadvertent mistakes in the filing of the Declaration of Moses Chatmann, III in Support of Plaintiffs' Opposition to Defendant's Motion to Compel Arbitration and Stay Case (the "Original Declaration") (Dkt. 49) and respectfully request the Court to consider the Corrected Declaration attached to this Praecipe as Exhibit 1. The corrections consist of:

- Original Declaration page 1, line 23: Change "California" to "Washington" in order to correct an inadvertent mistake as to the state in which Moses Chatmann, III, resides.



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

- Original Declaration page 1, line 24: Change "California" to "Washington" in order to correct an inadvertent mistake as to the state in which M.C. resides.

Except for the above-mentioned corrections and the signature date, the Corrected Declaration is identical to the Original Declaration Plaintiffs filed at Dkt. 49.

DATED this 18th day of September, 2024.

**SUMMIT LAW GROUP, PLLC**

By *s/ Alexander A. Baehr*
Alexander A. Baehr, WSBA No. 25320
Molly J. Gibbons WSBA No. 58357
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104
Telephone: (206) 676-7000
Email: alexb@summitlaw.com
mollyg@summitlaw.com

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, PC**
Ekwan E. Rhow (admitted pro hac vice)
Marc E. Masters (admitted pro hac vice)
Barr Benyamin (admitted pro hac vice)
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email: erhow@birdmarella.com
mmasters@birdmarella.com
bbenyamin@birdmarella.com

**GLANCY PRONGAY & MURRAY LLP**
Jonathan Rotter (admitted pro hac vice)
Raymond D. Sulentic (admitted pro hac vice)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: jrotter@glancylaw.com
rsulentic@glancylaw.com

**CLARKSON LAW FIRM, P.C.**
Glenn A. Danas (admitted pro hac vice)
Yana Hart (admitted pro hac vice)
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
Email: gdanas@clarksonlawfirm.com
yhart@clarksonlawfirm.com

Attorneys for Plaintiffs and
the Putative Classes and Subclasses

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the USDC, Western District of Washington, using the CM/ECF system which will send notification of such filing to the following:

DAVIS WRIGHT TREMAINE LLP

Fred B. Burnside, WSBA No. 32491
Stephen M. Rummage, WSBA 11168
Jaime Drozd, WSBA No. 35742
Xiang Li, WSBA No. 52306
Caleah N. Whitten, WSBA No. 60209
James Moon, pro hac vice
fredburnside@dwt.com
steverummage@dwt.com
jaimedrozd@dwt.com
xiangli@dwt.com
caleahwhitten@dwt.com
jamesmoon@dwt.com

*Attorneys for Defendant Microsoft Corporation*

DATED this 18th day of September 2024.

*s/ Karen M. Lang*
Karen M. Lang, Legal Assistant
karenl@summitlaw.com



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001