UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOAH SAEEDY, et al.,

        Plaintiffs,

   v.

MICROSOFT CORPORATION,

        Defendant.

Case No. C24-0219-SKV

MINUTE ORDER

      The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

      The Court directs the parties to provide supplemental briefing, and accompanying declarations as needed, in relation to the pending Motion to Compel Arbitration and Stay Case. *See* Dkt. 6.  The Court specifically directs as follows:  (1) Microsoft shall provide relevant images and any related information regarding the Microsoft Account creation process at the times Plaintiffs created their Microsoft Accounts; (2) the parties shall identity case law as discussed at oral argument, including, for example, case law pertinent to the argument that the process of "clicking" on a button and pressing "enter" is or is not functionally equivalent with respect to the manifestation of assent; (3) the parties shall address any next steps in relation to

MINUTE ORDER - 1

Plaintiff M.C. if the Court were to find the other named Plaintiffs assented to the Microsoft Services Agreement and enforce arbitration; and (4) the parties shall, to the extent not already sufficiently discussed in their briefing, address additional issues discussed at oral argument.  The parties shall submit initial supplemental briefs, totaling no more than ten (10) pages, on or before **October 11, 2024**, and responsive briefs, totaling no more than five (5) pages, on or before **October 18, 2024**, and Microsoft's Motion to Compel Arbitration and Stay Case, Dkt. 6, is RENOTED for consideration on **October 18, 2024**.

Dated this 20th day of September, 2024.

<u>Ravi Subramanian</u>
Clerk of Court

By: <u>s/ Stefanie Prather</u>
Deputy Clerk

MINUTE ORDER - 2