The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOAH SAEEDY, VISHAL SHAH, TINA WILKINSON, and M.C., a minor, by and through his natural parent and legal guardian, Moses Chatmann III, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

MICROSOFT CORPORATION, a Washington corporation,

Defendant.

Case No. 2:24-cv-00219-SKV

**DECLARATION OF FRED BURNSIDE IN SUPPORT OF MICROSOFT'S MOTION TO COMPEL ARBITRATION**

I, Fred Burnside, declare as follows:

1. I am a partner with the law firm of Davis Wright Tremaine LLP, counsel for Defendant Microsoft Corp. in this matter. I make this declaration based on my personal knowledge of the information contained herein. I am over the age of eighteen and am competent to testify as to the matters set forth herein.

2. Attached as **Exhibit A** is a PDF copy of the Wayback Machine website archive reportedly captured on December 5, 2013, available at https://web.archive.org/web/20131205150512/https://signup.live.com/signup.aspx?lic=1.According to Fogarty's declaration, Wilkinson created her Microsoft account on December 26, 2013. This is the screenshot closest in time to that date.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

3. Attached as **Exhibit B** is a PDF copy of the Wayback Machine webpage archive reportedly captured on March 30, 2015, available at https://web.archive.org/web/20150330064154/https://signup.live.com/signup?uaid=616353e0e4ef4785a3600c0a5f45ba76&lic=1. According to Fogarty's declaration, Saeedy created his Microsoft account on April 13, 2015. This is the screenshot closest in time to that date.

4. Attached as **Exhibit C** is a PDF copy of the Wayback Machine webpage archive reportedly captured on November 6, 2016, available at https://web.archive.org/web/20161106003758/https://signup.live.com/signup?lic=1&uaid=34f04d14c7dd437293499cdb6fa31eae. According to Fogarty's declaration, Shah created his Microsoft account on November 9, 2016. This is the screenshot closest in time to that date. Based on my review of the Internet Archive pages for the Microsoft account-opening process, this screenshot captures only the first part of the account-creation process, and the Wayback Machine website does not capture (and this screenshot does not show) the next webpage, where the identity-verification requests and notice language is typically presented, as described in Fogarty's declaration. YouTube videos from 2015 and 2016 that I reviewed confirm the process for creating a Microsoft account in 2015 and 2016, consistent with the process described in the Fogarty Declaration, showing the identity-verification and notice process: https://www.youtube.com/watch?v=GzlQV15N7ZA (dated April 2016); https://www.youtube.com/watch?v=x3QLmy5lY50 (dated April 2015); https://www.youtube.com/watch?v=vk0qs-C-bMc (dated November 2016).

I declare under penalty of perjury of the laws of the United States and the State of Washington the foregoing to be true and correct.

EXECUTED this 11th day of October, 2024, at Seattle, Washington.

*s/Fred B. Burnside*
Fred B. Burnside, WSBA No. 32491



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax