The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOAH SAEEDY, VISHAL SHAH, TINA WILKINSON, and M.C., a minor, by and through his natural parent and legal guardian, Moses Chatmann III, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 2:24-cv-00219-SKV<br><br>**DECLARATION OF KEITH WALSH IN SUPPORT OF MICROSOFT'S MOTION TO COMPEL ARBITRATION** |

I, Keith Walsh, declare as follows:

1. I am a Principal Product Manager in the IDEAS Engineering group at Microsoft Corporation. I have worked at Microsoft since 2008. In my role, I am familiar with the system and process through which Microsoft updates users of changes to the Microsoft Services Agreement ("MSA"). I make this declaration based on my personal knowledge and experience, discussions with appropriate personnel, and Microsoft's records kept in the ordinary course of business. Except where otherwise stated, I have personal knowledge of the following facts.

2. Microsoft makes periodic updates to the MSA over time. Since no later than approximately 2014 it has been Microsoft's business practice to send email notices of each MSA update before the update takes effect. These email notices are sent to each Microsoft



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

accountholder's registered email addresses. Microsoft's automated system sends these email notices to any Microsoft account user who has logged into their Microsoft account within the previous two years. Microsoft only retains the records of the emailing of such notices for a period of approximately one year.

3. I am informed that Plaintiff Vishal Shah uses the personal email address V***********2@gmail.com. According to Microsoft's business records, Mr. Shah last logged into his Microsoft account in November 2019. Microsoft's automated system would have thus sent notice of the August 2019, October 2020, and June 2021 MSA updates to his registered email address at V***********2@gmail.com. Microsoft does not have a record of the specific date and time when the email was sent to Mr. Shah because, as explained above, Microsoft only retains those records for approximately one year.

4. Microsoft sends email notices of the MSA updates before the updates take effect. I attach as **Exhibit A** a true and correct copy of the notice email sent about the August 2019 MSA update. I attach as **Exhibit B** a true and correct copy of the notice email sent about the October 2020 MSA update. I attach as **Exhibit C** a true and correct copy of the notice email sent about the June 2021 MSA update.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

EXECUTED this 11th day of October, 2024, at Norfolk, Virginia.

[signature]

Keith Walsh



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax